| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **HWC Burbs Burgers, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4955933** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **5617 236th Ave., NE** **Redmond, WA 98053** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **King** | **Location of principal assets, if different from principal place of business** |
| County | **See Attachment A** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

| Debtor | **HWC Burbs Burgers, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **HWC Burbs Burgers, LLC**
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**
*Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**
*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **HWC Burbs Burgers, LLC**     Case number (*if known*)
    Name

☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | HWC Burbs Burgers, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 9, 2023**
MM / DD / YYYY

**X** **/s/ Joshua Henderson**      **Joshua Henderson**
Signature of authorized representative of debtor      Printed name

Title **Member**

**18. Signature of attorney**

**X** **/s/ Thomas D. Neeleman**      Date **October 9, 2023**
Signature of attorney for debtor      MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone **(425) 212-4800**      Email address **courtmail@expresslaw.com**

**33980 WA**
Bar number and State

# Attachment A

# ASSET LOCATION

**Georgetown**

5825 Airport Way S.
Seattle WA  98108
Restaurant Equipment

**Montlake**

2010 E. Roanoke Street
Seattle WA  98112
Restaurant Equipment

**Ballard**

5101 14th Ave., NW
Seattle WA  98107
Restaurant Equipment

**Bellevue**

500 Bellevue Way
LSS Floor #2
Bellevue WA  98004
Restaurant Equipment

**Pioneer Square**

121 King Street
Seattle WA  98104
Turn Key:  No equipment owned

Fill in this information to identify the case:
Debtor name: **HWC Burbs Burgers, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advantage Funding**  104 East 25th Street  New York, NY 10010 | | **Loan** | | | | **$188,497.00** |
| **IRS**  Centralized Insolvency  P.O. Box 7346  Philadelphia, PA 19101-7346 | | **Employment Taxes** | | | | **Unknown** |
| **National Funding/ Quickbridge Funding**  9530 Towne Centre Dr., Suite  San Diego, CA 92121 | | **Loan** | **Unliquidated Disputed** | | | **$57,408.00** |
| **Pearl Delta Funding, LLC**  c/o Theodore Cohen  112 West 34th Street  18th Floor, BMB 27813  New York, NY 10120 | | **Loan** | **Unliquidated Disputed** | | | **$66,951.17** |
| **Square Financial Services, Inc**  3165 East Mill Rock Drive  Suite 160  Salt Lake City, UT 84121 | | **Loan** | **Unliquidated Disputed** | | | **$63,000.00** |
| **Toast Capital**  401 Park Drive  Boston, MA 02215 | | **Loan** | **Unliquidated Disputed** | | | **$300,000.00** |
| **WA Dept of Revenue**  1904 Humboldt St, Ste A  Bellingham, WA 98225 | | **Sales Tax** | | | | **$359,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WA Employment Security Dept PO Box 34949 Seattle, WA 98124-1949** | | **Unemployment Insurance** | | | | $20,000.00 |
| **WA State L&I PO Box 44000 Olympia, WA 98504** | | **Workers Comp Premium** | | | | $10,442.06 |
| **WebBank 215 State Street Salt Lake City, UT 84111** | | **Loan** | **Unliquidated Disputed** | | | $0.00 |

ADVANTAGE FUNDING
104 EAST 25TH STREET
NEW YORK, NY 10010


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JOSHA DAVID HENDERSON
5617 236TH AVE., NE
REDMOND, WA 98053


LS2 RETAIL, LLC
575 BELLEVUE
LOS ANGELES, CA 90004


NATIONAL FUNDING/
QUICKBRIDGE FUNDING
9530 TOWNE CENTRE DR., SUITE
SAN DIEGO, CA 92121


PEARL DELTA FUNDING, LLC
C/O THEODORE COHEN
112 WEST 34TH STREET
18TH FLOOR, BMB 27813
NEW YORK, NY 10120


QUALITY ATHLETICS
C/O JOSHUA HENDERSON
5617 236TH AVE., NE
REDMOND, WA 98053


SQUARE FINANCIAL SERVICES, INC
3165 EAST MILL ROCK DRIVE
SUITE 160
SALT LAKE CITY, UT 84121


TOAST CAPITAL
401 PARK DRIVE
BOSTON, MA 02215


WA DEPT OF REVENUE
1904 HUMBOLDT ST, STE A
BELLINGHAM, WA 98225

```
WA EMPLOYMENT SECURITY DEPT
PO BOX 34949
SEATTLE, WA 98124-1949


WA STATE L&I
PO BOX 44000
OLYMPIA, WA 98504


WASHINGTON STATE DEPT OF TRANS
ATTN: PROP. MGMT. PROG. MGR
P.O. BOX 47339
PROGRAM MANAGER
OLYMPIA, WA 98504-7339


WEBBANK
215 STATE STREET
SALT LAKE CITY, UT 84111
```

# United States Bankruptcy Court
## Western District of Washington

In re **HWC Burbs Burgers, LLC**     Case No.
            Debtor(s)     Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **HWC Burbs Burgers, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 9, 2023**            **/s/ Thomas D. Neeleman**
Date                            **Thomas D. Neeleman 33980**
                                             Signature of Attorney or Litigant
                                             Counsel for **HWC Burbs Burgers, LLC**
                                             **Neeleman Law Group, P.C.**
                                             **1403 8th Street**
                                             **Marysville, WA 98270**
                                             **(425) 212-4800 Fax:(425) 212-4802**
                                             **courtmail@expresslaw.com**