# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HWC Burbs Burgers LLC** | **Case No. 23-11919-MLB** |
| **Debtor.** | **ORDER SETTING STATUS CONFERENCE AND DEADLINE TO FILE CLAIMS** |

The Debtor has elected to be a debtor under subchapter V of chapter 11. Accordingly, it is ORDERED that:

1. The status conference required by 11 U.S.C. § 1188(a) ("Conference") shall be held on **December 7, 2023, at 11:00 a.m.** in the U.S. Courthouse, 700 Stewart Street, Courtroom 7106, Seattle, WA 98101.

2. The Debtor, the Debtor's attorney and the trustee shall attend the Conference. Attendance by creditors or other interested parties is strictly voluntary. Telephonic appearance at the Conference may be requested by letter.

3. The Debtor shall prepare, file, and serve the report required by 11 U.S.C. § 1188(c) by **November 22, 2023**. The trustee and any party in interest may respond to the Debtor's report not later than **November 30, 2023**.

4. Pursuant to Fed. R. Bankr. P. 3003(c)(3), the last day to file proofs of claim or equity security interest is **December 15, 2023** ("Claim Deadline").

5. By **October 19, 2023**, the Debtor shall prepare, file, and serve on all creditors, equity security holders and other parties in interest a notice of the Claim Deadline.

6. By **October 19, 2023,** the Debtor shall prepare and file a proof of service demonstrating compliance with paragraph 5 of this Order.

/// End of Order ///