IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:                                          :        Case No.: 23-11919
                                                :
HWC BURBS BURGERS, LLC                          :        ORDER RE: MOTION FOR ORDER
                                                :        AUTHORIZING PAYMENT OF PRE-
Debtor-in-Possession                            :        PETITION WAGES AND INTERIM USE OF
                                                :        CASH COLLATERL
                                                :
                                                :
                                                :
                                                :
                                                :
_____            :

THIS MATTER having come before the Court upon the Debtor's Motion for Order
Authorizing Payment of Pre-Petition Wages and Interim Use of Cash Collateral, the Court
having been fully advised in the premises and good cause appearing, it is hereby ORDERED.

1)  That the Debtor is authorized to use cash collateral for the purposes of satisfying pre-
    petition payroll obligations and associated payroll taxes and insurance for the Debtor's
    employees due October 23, 2023, for the period of October 4, 2023, through October 18,
    2023, is approved.

Order Re Cash Collateral

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group**

Case 23-11919-MLB    Doc 12-1    Filed 10/18/23    Ent. 10/18/23 22:49:17    Pg. 1 of 3

2) That the Debtor is authorized to use cash collateral on an interim basis for payment of post-petition operating expenses as set forth in Exhibit B of the Declaration of Joshua Henderson including post-petition payroll and related taxes that come due prior to the final hearing on cash collateral.

3) If necessary, the Debtor is authorized to exceed the amounts set forth in the Projections by as much as 15% more than the budget total without Court approval. Budget savings in any week may be carried over and used by the Debtor in subsequent weeks (i.e., to account for changes in the timing of expenditures). The amount of cash collateral authorized to be used until the final hearing is necessary to avoid injury and irreparable harm to the estate.

4) That as adequate protection for the Debtor's use of the cash collateral on an interim basis, the Court grants the secured parties with an interest in cash collateral replacement liens in the Debtor's post-petition cash, accounts receivable and inventory, and the proceeds of each of the foregoing, to the same extent and priority as any duly perfected and unavoidable liens in cash collateral held by the secured creditors as of the petition date, to the extent that any cash collateral of the secured creditors are actually used by the Debtor.

5) That the provisions of this Order are subject to a full reservation of rights with respect to the final cash collateral hearing, and nothing herein shall prevent a party in interest from seeking further relief under the Bankruptcy Code.

6) That the final hearing on the Debtor's cash collateral motion will be held on _____ at _____. That Debtor shall file any supplemental budgets

Order Re Cash Collateral

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group**

Case 23-11919-MLB    Doc 12-1    Filed 10/18/23    Ent. 10/18/23 22:49:17    Pg. 2 of 3

and supporting documentation and provide notice of the final hearing to creditors by _____. Objections to final use of cash collateral are due by _____.

//END OF ORDER//

Presented by:


NEELEMAN LAW GROUP
*/s/ Thomas D. Neeleman*
Thomas D. Neeleman, WSBA #33980
1403 8th Street
Marysville, WA 98270
Telephone (425) 212-4800

Order Re Cash Collateral

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman**
**Law**
**Group**

Case 23-11919-MLB    Doc 12-1    Filed 10/18/23    Ent. 10/18/23 22:49:17    Pg. 3 of 3