NEELEMAN LAW GROUP  
1403 8th Street  
Marysville, WA 98270  
Telephone: (425) 212-4800  
Facsimile: (425) 212-4802  

The Honorable Marc Barreca

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

HWC BURBS BUGERS, LLC

    Debtor-in-Possession.

Case No.: 23-11919

**DECLARATION OF JOSHUA HENDERSON**

I, Joshua Henderson, declare under penalty of perjury the following:

1) The Company, HSC Burbs Burgers, LLC (herein "Burbs"), filed a petition under Chapter 11, Subchapter V on October 9, 2023 (herein the "Petition Date"). The Debtor is operating its business and managing its affairs as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

2 Burbs opened its first location at Pioneer Square in 2020, in restaurant space previously occupied by Quality Athletics at 121 King Street Seattle, WA.

3 The initial location was followed by the opening of a food truck operation at 2010 E. Roanoke Street, Seattle WA 98112 which opened in 2020, a Ballard location at 5101 14th Ave., NW Seattle WA 98107 opened in 2022 and a Georgetown location at 5925 Airport Way South, also opened in 2022.

4 In June 2023 Burbs opened its Bellevue location located at 400 Bellevue Way, NE, Bellevue WA,

1

5. Burbs serves a menu of simple, unique menu of sandwiches items including "Smash Burgers," Chicken Sandwiches, gourmet Hot Dogs and various side dishes.

6. The Burbs concept originated when owner Josh Henderson sought to downsize and simplify his large operation to focus the simple Burb's concept.

7. The COVID pandemic had a severe impact on Burb's revenue. To rebound from the impact of COVID Burb's sought to establish additional locations to grow its way to profitability. Between 2021 and 2023, Burb's obtained financing at less than favorable interest rates and fell behind on Department of Revenue obligations. Facing mounting collection pressure from creditors, Burbs filed for protection under Chapter 11, Subchapter V, in order to remain in business.

8. That currently Burbs employs the following individuals in the positions and at the wage rates referenced below:

| **Name** | **Title** | **Rate/hour** |
|---|---|---|
| Seth Richardson | Manager | $12,083.00 mo. |
| Brandy Bowling | Bartender | $20.00 hr. |
| Rosario Galindo | Shift Manager | $7,250.00 mo. |
| Andrew Greene | Bartender | $16.50 hr. |
| Eduardo Lopez | Cashier | $24.50 hr. |
| Carlos Morales | Cook | $24.00 hr. |
| Edgar Morales | Cook | $21.50 hr. |
| Daniel Portillo | Cook | $19.00 hr. |
| Richard Ramirez | Bartender | $20.00 hr. |
| Margarito Martinez | Cook | $21.00 hr. |
| Alexei Rodriguez | Cashier | $18.69 hr. |
| Esli Sanchez-Martinez | Cook | $24.50 hr. |
| Milton Sanchez-Martinez | Cook | $24.50 hr. |
| Alexander Skalatsky | Bartender | $16.50 hr. |
| Anh Tran | Cook | $23.00 hr. |
| Selvin Ventura | Cook | $19.50 hr. |

| Brendan Lacy | Cashier | $21.50 hr. |
|---|---|---|
| Jordyn Pecoraro | Bartender | $16.50 hr. |
| Qunitin Sweeney | Bartender | $16.50 hr. |
| Alejandro Cruz Vargas | Cook | $20.50 hr. |
| Ana Milla Arriaga | Cook | $19.00 hr. |
| Carlos Cortes | Cook | $19.00 hr. |
| Rose Honeyman | Cashier | $24.00 hr. |
| Berain Gutierrez | Manager | $9,166.00 mo. |
| Jimmy Salgado | Bartender | $16.50 hr. |
| Manuel Duran | Cook | $19.00 hr. |
| Christian Santillan | Cook | $19.00 hr. |
| Jesus Cano Valle | Cook | $19.00 hr. |
| Jose Antonio Aguilar Lavariega | Cook | $19.00 hr. |
| Agustin Ruiz | Cook | $19.00 hr. |
| Maribel Ruiz Martinez | Cook | $19.00 hr. |
| Angel Arias | Cook | $19.00 hr. |
| Alan Melendez De Los Santo | Cashier | $19.00 hr. |
| Rodrigo Sanchez Martinesz | Cook | $19.00 hr. |
| Enrique Garcia | Cook | $19.00 hr. |
| Eliel Ruiz | Cook | $19.00 hr. |
| Joselyn Melendez De los Santo | Cashier | $19.00 hr. |
| Moises Cortez Martinez | Cook | $19.00 hr. |
| Yoseth Cruz | Cook | $19.00 hr. |
| Marianela Caceres | Bartender | $19.00 hr. |
| Ingri Recuero | Cook | $19.00 hr. |
| Janna Holthusen | Bartender | $19.00 hr. |
| Alexandra Martinez | Cook | $19.00 hr. |
| Betsey Itzel Lopez Nicoles | Cook | $19.00 hr. |
| Reyes Gamaliel | Cook | $19.00 hr. |
| Andres Eduardo Palencia Jimenez | Cook | $19.00 hr. |
| Erika Adilia Milla Arriaga | Cook | $19.00 hr. |
| Isai David Reyes Martinez | Cook | $19.00 hr. |
| Anais Stubing | Bartender | $19.00 hr. |

9. It is anticipated that the Company will continue to employ the same individuals in the same positions in the immediate future.

10. All employes are working full time and the payroll sought to be paid on October 23, 2023, will be approximately $46,890.21 for the hourly employees. See attached estimated payroll report marked as **Exhibit A**. An additional $13,153.84 for salaried employees.

11. That the payroll to be paid on October 23, 2023, will not include any pre-petition payment to myself.

12. That as of the Petition Date, the Company had funds in its business checking accounts in the approximate amount of $0.00 and had approximately $10,519.30 in unpaid credit card charges. The debtor had non-vehicle equipment and inventory in the amount of $173,500.00.

13. That I have attached hereto as **Exhibit B** to this Declaration a 16 week estimated cash flow budget which I believe fairly estimates the anticipated inflow and outflow of the Debtor during the specified period.

14. That I have attached true and correct copies of the loan documents with all secured creditors attached hereto as **Exhibit C.**

15. I believe that Square Financial and Kalamata Capital hold a security interest in cash collateral based on the filing date of their respective UCC-1 filings and remainder of the listed creditors have no interest in the Debtor's collateral.

16. As of the petition date, HWC Burbs Burgers, LLC had one checking account at BECU (herein "General Account") (Account Number ending in 9630) and an additional account at Bank of America which is not currently being used.

4

17  To the best of my knowledge, information and belief deposits held by BECU are insured by NCUA up to the sum of $250,000.00.

18  The Debtor's Cash Management System is an integral part of its business operations. Historically, the Debtor used the BECU checking account to receive electronic payments directly from customers and make payments for payroll, food costs, and other operating expenses from that account.  Additionally, there is currently a debit card associated the BECU checking account which historically is used  to pay expenses which required immediate payment.

19  If, at any time, the funds held in the BECU checking account exceed the sum of $250,000.00, I will immediately sweep the BECU checking account of any funds above that amount and place them in a DIP account which I intend to open at a qualified bank.

Dated this 18th day of October 2023.

/s/ Joshua Henderson
Joshua Henderson
Managing Member, HWC Burbs Burgers, LLC

5