# Exhibit A
# Payroll Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Employee | Job Title | Regular Hours | Overtime Hours | Hourly Rate | Regular Pay | Overtime Pay | Total Pay | Net Sales | Declared Tips | Non-Cash Tips | Total Tips | Tips Withhe |
| 2 | Aguilar Lavariega, Jose Antonio | Cook | 75.25 | 3.1 | 19 | 1429.75 | 88.35 | $1,518.10 | 0 | | 0 | 0 | 0 |
| 3 | Ajanel, Cesar | Cook | 80 | 2.47 | 19 | 1520 | 70.4 | $1,590.40 | 0 | 0 | 0 | 0 | 0 |
| 4 | Arias, Angel | Cook | 68.76 | 0.15 | 19 | 1306.44 | 4.28 | $1,310.72 | 0 | | 0 | 0 | 0 |
| 5 | Bowling, Brandy | Bartender | 45.74 | 0 | 20 | 914.8 | 0 | $914.80 | 0 | | 0 | 0 | 0 |
| 6 | Cano Valle, Jesus | Cook | 18.74 | 0 | 19 | 356.06 | 0 | $356.06 | 0 | | 0 | 0 | 0 |
| 7 | Cortes, Carlos | Cook | 16.2 | 0 | 19 | 307.8 | 0 | $307.80 | 0 | | 0 | 0 | 0 |
| 8 | Cortes, Carlos | Cook | 12.81 | 0 | 19 | 243.39 | 0 | $243.39 | 0 | | 0 | 0 | 0 |
| 9 | Cortez Martinez, Moises | Cook | 80 | 2.83 | 19 | 1520 | 80.66 | $1,600.66 | 0 | | 0 | 0 | 0 |
| 10 | Cruz Vargas, Alejandro | Cook | 65.62 | 0 | 20.5 | 1345.21 | 0 | $1,345.21 | 0 | | 0 | 0 | 0 |
| 11 | Cruz, Yoseth | Cook | 28.55 | 0 | 19 | 542.45 | 0 | $542.45 | 0 | | 0 | 0 | 0 |
| 12 | Duran, Manuel | Cook | 21.21 | 0 | 19 | 402.99 | 0 | $402.99 | 0 | | 0 | 0 | 0 |
| 13 | Gamaliel, Reyes | Cook | 62.67 | 0 | 19 | 1190.73 | 0 | $1,190.73 | 0 | | 0 | 0 | 0 |
| 14 | Greene, Andrew | Bartender | 24.34 | 0 | 16.5 | 401.61 | 0 | $401.61 | 0 | | 0 | 0 | 0 |
| 15 | Holthusen, Janna | Bartender | 41.14 | 0 | 19 | 781.66 | 0 | $781.66 | 0 | | 0 | 0 | 0 |
| 16 | Honeyman, Rose | Cashier | 41.33 | 0.55 | 19.5 | 942.42 | 19.8 | $962.22 | 0 | | 0 | 0 | 0 |
| 17 | Juarez Martinez, Alexandra | Cook | 38.03 | 0 | 19 | 722.57 | 0 | $722.57 | 0 | | 0 | 0 | 0 |
| 18 | Lacy, Brendan | Cashier | 40 | 0.11 | 21.5 | 860 | 3.55 | $863.55 | 0 | | 0 | 0 | 0 |
| 19 | Lopez, Eduardo | Cashier | 72.34 | 0 | 24.5 | 1772.33 | 0 | $1,772.33 | 0 | 0 | 0 | 0 | 0 |
| 20 | Martinez, Margarito | Cook | 80 | 21.03 | 21 | 1680 | 662.45 | $2,342.45 | 0 | | 0 | 0 | 0 |
| 21 | Melendez De Los Santos, Alan | Cashier | 36.81 | 0 | 19 | 699.39 | 0 | $699.39 | 0 | | 0 | 0 | 0 |
| 22 | Melendez De Los Santos, Alan | Cashier | 25.81 | 0 | 19 | 490.39 | 0 | $490.39 | 0 | | 0 | 0 | 0 |
| 23 | Melendez De los Santos, Joselyn | Cashier | 52.33 | 0 | 19 | 994.27 | 0 | $994.27 | 0 | | 0 | 0 | 0 |
| 24 | Milla Arriaga, Ana | Cook | 11.75 | 0 | 19 | 223.25 | 0 | $223.25 | 0 | | 0 | 0 | 0 |

Case 23-11919-MLB    Doc 14-1    Filed 10/18/23    Ent. 10/18/23 23:05:46    Pg. 2 of 3

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | Morales, Carlos | Cook | 80 | 6.33 | 24 | 1920 | 227.88 | $2,147.88 | 0 | | 0 | 0 | 0 |
| 26 | Morales, Edgar | Cook | 28.24 | 0 | 21.5 | 607.16 | 0 | $607.16 | 0 | | 0 | 0 | 0 |
| 27 | Morales, Edgar | Cook | 42.88 | 0 | 21.5 | 921.91 | 0 | $921.91 | 0 | | 0 | 0 | 0 |
| 28 | Palencia Jimenez, Andres Eduardo | Cook | 59.92 | 0 | 19 | 1138.48 | 0 | $1,138.48 | 0 | | 0 | 0 | 0 |
| 29 | Pecoraro, Jordyn | Bartender | 29.38 | 0 | 16.5 | 484.77 | 0 | $484.77 | 0 | | 0 | 0 | 0 |
| 30 | Portillo, Daniel | Cook | 55.68 | 0 | 19 | 1057.92 | 0 | $1,057.92 | 0 | | 0 | 0 | 0 |
| 31 | Ramirez, Richard | Bartender | 57.81 | 0 | 20 | 1156.2 | 0 | $1,156.20 | 0 | | 0 | 0 | 0 |
| 32 | Recuero, Ingri | Cook | 70.96 | 0 | 19 | 1348.24 | 0 | $1,348.24 | 0 | | 0 | 0 | 0 |
| 33 | Rodriguez, Alexei | Cashier | 53.7 | 0 | 18.69 | 1003.65 | 0 | $1,003.65 | 0 | | 0 | 0 | 0 |
| 34 | Ruiz Martinez, Maribel | Cook | 79.39 | 0 | 19 | 1508.41 | 0 | $1,508.41 | 0 | 0 | 0 | 0 | 0 |
| 35 | Ruiz, Agustin | Cook | 80 | 2.67 | 19 | 1520 | 76.1 | $1,596.10 | 0 | 0 | 0 | 0 | 0 |
| 36 | Salgado, Jimmy | Bartender | 40.6 | 0 | 16.5 | 669.91 | 0 | $669.91 | 0 | | 0 | 0 | 0 |
| 37 | Sanchez Martinez, Rodrigo | Cook | 80 | 9.02 | 19 | 1520 | 257.08 | $1,777.08 | 0 | | 0 | 0 | 0 |
| 38 | Sanchez-Martinez, Esli | Cook | 73.37 | 0 | 24.5 | 1797.58 | 0 | $1,797.58 | 0 | | 0 | 0 | 0 |
| 39 | Sanchez-Martinez, Milton | Cook | 63.63 | 0 | 24.5 | 1558.92 | 0 | $1,558.92 | 0 | | 0 | 0 | 0 |
| 40 | Santillan, Christian | Cook | 79.91 | 0.5 | 19 | 1518.29 | 14.25 | $1,532.54 | 0 | 0 | 0 | 0 | 0 |
| 41 | Skalatsky, Alexander | Bartender | 37.74 | 0 | 16.5 | 622.7 | 0 | $622.70 | 0 | | 0 | 0 | 0 |
| 42 | Stubing, Anais | Bartender | 60.46 | 0 | 19 | 1148.74 | 0 | $1,148.74 | 0 | | 0 | 0 | 0 |
| 43 | Ventura, Selvin | Cook | 73.39 | 2.12 | 19.5 | 1431.09 | 62.01 | $1,493.10 | 0 | | 0 | 0 | 0 |
| 44 | milla arriaga, erika adilia | Cook | 65.4 | 0 | 19 | 1242.6 | 0 | $1,242.60 | 0 | | 0 | 0 | 0 |
| 45 | ruiz, eliel | Cook | 26.28 | 0 | 19 | 499.32 | 0 | $499.32 | 0 | | 0 | 0 | 0 |