# Exhibit B
## Weekly Projections

# HWC Burb's Burgers, LLC
## Projections 10/19/2023 - 2/17/2024

| | Oct 29-Nov 4 | Nov 5-11 | Nov 12-18 | Nov 19-25 |
|---|---:|---:|---:|---:|
| **Net Revenue** | | | | |
| P Square | 28,000.00 | 28,000.00 | 26,000.00 | 26,000.00 |
| Montlake | | | | |
| Ballard | 18,000.00 | 18,000.00 | 16,000.00 | 16,000.00 |
| Georgetown | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 |
| Bellevue | 18,000.00 | 18,000.00 | 16,000.00 | 16,000.00 |
| Burien | | | | |
| **Total Revenue** | 72,000.00 | 72,000.00 | 66,000.00 | 66,000.00 |
| **LABOR** | | | | |
| 5601 · Labor | | 59,000.00 | | 59,000.00 |
| 5551 · Payroll Tax Expense | | 5,310.00 | | 5,310.00 |
| 5570 · Medical Insurance | 7,500.00 | | | |
| 5595 · Officer Salary | | | 3,500.00 | 3,500.00 |
| **Total Labor Costs** | 7,500.00 | 64,310.00 | 3,500.00 | 67,810.00 |
| **COGS** | | | | |
| 5617 Food and Bev Cost | 18,360.00 | 18,360.00 | 16,830.00 | 16,830.00 |
| 5551 · Paper Goods | 1,440.00 | 1,440.00 | 1,320.00 | 1,320.00 |
| **Total Cost of Goods Sold** | 19,800.00 | 19,800.00 | 18,150.00 | 18,150.00 |
| **OPERATING COSTS** | | | | |
| 1   5699  Fixed Operating Costs | 5,760.00 | 5,760.00 | 5,280.00 | 5,280.00 |
| 2   5698   Administrative Costs | 2,160.00 | 2,160.00 | 1,980.00 | 1,980.00 |
| **Total Operating Costs** | 7,920.00 | 7,920.00 | 7,260.00 | 7,260.00 |
| **Net Income Before Occ & Other** | 36,780.00 | (20,030.00) | 37,090.00 | (27,220.00) |
| **OCCUPANCY** | | | | |
| 9018 · P Square | | | 8,000.00 | |
| Montlake | | 450.00 | | |
| Ballard | | 2,700.00 | | |
| Georgetown | | 2,100.00 | | |
| Bellevue | | 9,600.00 | | |
| Burien | | | 1,500.00 | |
| **Total Occupancy** | 0.00   0.00 | 14,850.00 | 9,500.00 | 0.00 |
| **Net Income before Debt** | 36,780.00 | (34,880.00) | 27,590.00 | (27,220.00) |

1 Fixed Operating costs:

| | |
|---|---:|
| Utilities | 3000 |
| Supplies | 1000 |
| Acctg | 1000 |
| Garbage | 500 |
| Misc | 260 |

2 Administrative costs

| | |
|---|---:|
| Marketing | 1000 |
| Pay Processing | 500 |
| Trustee | 660 |

3 Principal will contrubite sufficient funds to cover shortfalls

# HWC Burb's Burgers, LLC
## Projections 10/19/2023 - 2/17/2024

| | Nov 26-Dec 2 | Dec 3-Dec 9 | Dec 10-Dec16 | Dec 17-Dec 23 | Dec 24-Dec 30 |
|---|---|---|---|---|---|
| **Net Revenue** | | | | | |
| P Square | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 28,000.00 |
| Montlake | | | | | |
| Ballard | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 19,000.00 |
| Georgetown | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 10,000.00 |
| Bellevue | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 19,000.00 |
| Burien | | | | | |
| **Total Revenue** | 66,000.00 | 66,000.00 | 66,000.00 | 66,000.00 | 76,000.00 |
| **LABOR** | | | | | |
| 5601 · Labor | | 52,000.00 | | 52,000.00 | |
| 5551 · Payroll Tax Expense | | 4,680.00 | | 4,680.00 | |
| 5570 · Medical Insurance | 7,500.00 | | | | 7,500.00 |
| 5595 · Officer Salary | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| **Total Labor Costs** | 11,000.00 | 60,180.00 | 3,500.00 | 60,180.00 | 11,000.00 |
| **COGS** | | | | | |
| 5617 Food and Bev Cost | 16,830.00 | 16,830.00 | 16,830.00 | 16,830.00 | 19,380.00 |
| 5551 · Paper Goods | 1,320.00 | 1,320.00 | 1,320.00 | 1,320.00 | 1,520.00 |
| **Total Cost of Goods Sold** | 18,150.00 | 18,150.00 | 18,150.00 | 18,150.00 | 20,900.00 |
| **OPERATING COSTS** | | | | | |
| 1   5699  Fixed Operating Costs | 5,280.00 | 5,280.00 | 5,280.00 | 5,280.00 | 6,080.00 |
| 2   5698  Administrative Costs | 1,980.00 | 1,980.00 | 1,980.00 | 1,980.00 | 2,280.00 |
| **Total Operating Costs** | 7,260.00 | 7,260.00 | 7,260.00 | 7,260.00 | 8,360.00 |
| **Net Income Before Occ & Other** | 29,590.00 | (19,590.00) | 37,090.00 | (19,590.00) | 35,740.00 |
| **OCCUPANCY** | | f | | | |
| 9018 · P Square | | | 8,000.00 | | |
| Montlake | | 450.00 | | | |
| Ballard | | 2,700.00 | | | |
| Georgetown | | 2,100.00 | | | |
| Bellevue | | 9,600.00 | | | |
| Burien | | | 1,500.00 | | |
| **Total Occupancy** | 0.00 | 14,850.00 | 9,500.00 | 0.00 | 0.00 |
| **Net Income before Debt** | 29,590.00 | (34,440.00) | 27,590.00 | (19,590.00) | 35,740.00 |

# HWC Burb's Burgers, LLC
## Projections 10/19/2023 - 2/17/2024

|  | Dec 31-Jan 6 | Jan 7-Jan 13 | Jan 14-Jan 20 | Jan 21-Jan 27 | Jan 28-Feb 3 |
|---|---|---|---|---|---|
| **Net Revenue** | | | | | |
| P Square | 28,000.00 | 28,000.00 | 28,000.00 | 28,000.00 | 28,000.00 |
| Montlake | | | 10,000.00 | 10,000.00 | 10,000.00 |
| Ballard | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 |
| Georgetown | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Bellevue | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 |
| Burien | | | 10,000.00 | 10,000.00 | 10,000.00 |
| **Total Revenue** | 76,000.00 | 76,000.00 | 96,000.00 | 96,000.00 | 96,000.00 |
| **LABOR** | | | | | |
| 5601 · Labor | 65,000.00 | | 65,000.00 | | 65,000.00 |
| 5551 · Payroll Tax Expense | 5,850.00 | | 5,850.00 | | 5,850.00 |
| 5570 · Medical Insurance | | | | 7,500.00 | |
| 5595 · Officer Salary | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| **Total Labor Costs** | 74,350.00 | 3,500.00 | 74,350.00 | 11,000.00 | 74,350.00 |
| **COGS** | | | | | |
| 5617 Food and Bev Cost | 19,380.00 | 19,380.00 | 24,480.00 | 24,480.00 | 24,480.00 |
| 5551 · Paper Goods | 1,520.00 | 1,520.00 | 1,920.00 | 1,920.00 | 1,920.00 |
| **Total Cost of Goods Sold** | 20,900.00 | 20,900.00 | 26,400.00 | 26,400.00 | 26,400.00 |
| **OPERATING COSTS** | | | | | |
| 1   5699  Fixed Operating Costs | 6,080.00 | 6,080.00 | 7,680.00 | 7,680.00 | 7,680.00 |
| 2   5698  Administrative Costs | 2,280.00 | 2,280.00 | 2,880.00 | 2,880.00 | 2,880.00 |
| **Total Operating Costs** | 8,360.00 | 8,360.00 | 10,560.00 | 10,560.00 | 10,560.00 |
| **Net Income Before Occ & Other** | (27,610.00) | 43,240.00 | (15,310.00) | 48,040.00 | (15,310.00) |
| **OCCUPANCY** | | | | | |
| 9018 · P Square | | 8,000.00 | | | |
| Montlake | 450.00 | | | | 450.00 |
| Ballard | 2,700.00 | | | | 2,700.00 |
| Georgetown | 2,100.00 | | | | 2,100.00 |
| Bellevue | 9,600.00 | | | | 9,600.00 |
| Burien | | 1,500.00 | | | |
| **Total Occupancy** | 14,850.00 | 9,500.00 | 0.00 | 0.00 | 14,850.00 |
| **Net Income before Debt** | (42,460.00) | 33,740.00 | (15,310.00) | 48,040.00 | (30,160.00) |

# HWC Burb's Burgers, LLC
## Projections 10/19/2023 - 2/17/2024

| | Feb 4-Feb 10 | Feb 11-Feb 17 | | TOTAL | |
|---|---|---|---|---|---|
| **Net Revenue** | | | | | |
| P Square | 28,000.00 | 28,000.00 | | | |
| Montlake | 10,000.00 | 10,000.00 | | | |
| Ballard | 19,000.00 | 19,000.00 | | | |
| Georgetown | 10,000.00 | 10,000.00 | | | |
| Bellevue | 19,000.00 | 19,000.00 | | | |
| Burien | 10,000.00 | 10,000.00 | | | |
| **Total Revenue** | 96,000.00 | 96,000.00 | $ | 1,248,000.00 | |
| | | | $ | - | |
| **LABOR** | | | | | |
| 5601 · Labor | | 65,000.00 | | | |
| 5551 · Payroll Tax Expense | | 5,850.00 | | | |
| 5570 · Medical Insurance | | | | | |
| 5595 · Officer Salary | 3,500.00 | 3,500.00 | | | |
| **Total Labor Costs** | 3,500.00 | 74,350.00 | $ | 604,380.00 | **48%** |
| **COGS** | | | | | |
| 5617 Food and Bev Cost | 24,480.00 | 24,480.00 | | | 0% |
| 5551 · Paper Goods | 1,920.00 | 1,920.00 | | | 0% |
| **Total Cost of Goods Sold** | 26,400.00 | 26,400.00 | $ | 343,200.00 | **28%** |
| **OPERATING COSTS** | | | | | |
| 1   5699  Fixed Operating Costs | 7,680.00 | 7,680.00 | | | |
| 2   5698   Administrative Costs | 2,880.00 | 2,880.00 | | | |
| **Total Operating Costs** | 10,560.00 | 10,560.00 | $ | 137,280.00 | **11%** |
| **Net Income Before Occ & Other** | 55,540.00 | (15,310.00) | $ | 163,140.00 | **13%** |
| **OCCUPANCY** | | | | | |
| 9018 · P Square | 8,000.00 | | | | |
| Montlake | | | | | |
| Ballard | | | | | |
| Georgetown | | | | | |
| Bellevue | | | | | |
| Burien | 1,500.00 | | | | |
| **Total Occupancy** | 9,500.00 | 0.00 | $ | 97,400.00 | |
| **Net Income before Debt** | 46,040.00 | (15,310.00) | $ | 65,740.00 | **5%** |