Entered on Docket October 26, 2023

**Below is the Order of the Court.**


_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

HWC BURBS BURGERS, LLC

    Debtor(s).

Case No.: 23-11919

ORDER RE: MOTION FOR ORDER AUTHORIZING USE OF EXISTING BANK ACCOUNTS

THIS MATTER having come before the Court upon the motion of HWC Burbs Burgers, LLC ("Debtor") debtor-in-possession herein, for entry of an order authorizing it to continue the use of its prepetition BECU Account, checks and debit card. The Court has reviewed the files and records contained herein, including the Declaration of Joshua Henderson in Support of the of the Motion; and finds that cause exists for the requested relief, NOW, THEREFORE,

Order Re Motion for Order Authorizing Use of Existing Bank Accounts

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

IT IS ORDERED:

1. The debtor's current use of the BECU Checking account will remain in status quo pending final order of the court, provided however, in the event that the account exceeds $250,000, the debtor shall immediately transfer such funds to a debtor in possession account and provide notice to the United States Trustee.

2. That the hearing on the Debtor's Motion for Order Authorizing Use of Existing Bank Accounts is continued to **December 7, 2023 at 9:30 a.m.**

//END OF ORDER//

Presented by:

NEELEMAN LAW GROUP, P.C.
*/s/ Thomas D. Neeleman*
Thomas D. Neeleman, WSBA #33980
1403 8th Street
Marysville, WA 98270
Telephone (425) 212-4800

Order Re Motion for Order Authorizing Use of Existing Bank Accounts

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**