# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br>HWC BURBS BURGERS, LLC | CASE NO: 23-11919<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Judge Barreca<br>Hearing Location: Seattle<br>Hearing Date: December 7, 2023<br>Hearing Time: 9:30a<br>Response Date: November 30, 2023 |

On 10/27/2023, I did cause a copy of the following documents, described below,

Notice of Hearing Re: Motion for Final Order Authorizing Use of Cash Collateral and Proposed Order

Signed Order re Motion for Order Authorizing Payment of Pre-petition Wages and Interim Use of Cash Collateral

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/27/2023

/s/ Thomas Neeleman
Thomas Neeleman
Attorney at Law
Neeleman Law Group
1403 8th Street
Marysville, WA  98270
425 212 4800
eneeleman@expresslaw.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>HWC BURBS BURGERS, LLC | CASE NO: 23-11919<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>Judge: Judge Barreca<br>Hearing Location: Seattle<br>Hearing Date: December 7, 2023<br>Hearing Time: 9:30a<br>Response Date: November 30, 2023 |

On 10/27/2023, a copy of the following documents, described below,

Notice of Hearing Re: Motion for Final Order Authorizing Use of Cash Collateral and Proposed Order

Signed Order re Motion for Order Authorizing Payment of Pre-petition Wages and Interim Use of Cash Collateral

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/27/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Neeleman
Neeleman Law Group
1403 8th Street
Marysville, WA 98270

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-11919<br>WESTERN DISTRICT OF WASHINGTON<br>FRI OCT 27 11-17-41 PST 2023 | ~~(U)COURTESY - NEF~~ | HWC BURBS BURGERS LLC<br>5617 236TH AVE NE<br>REDMOND WA 98053-2506 |
| ~~EXCLUDE~~<br>~~(U)WASHINGTON STATE TAXING AGENCIES~~ | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~700 STEWART ST ROOM 6301~~<br>~~SEATTLE WA 98101-4441~~ | ADVANTAGE FUNDING<br>104 EAST 25TH STREET<br>NEW YORK NY 10010-2917 |
| ATTORNEY GENERAL FOR WA STATE<br>BANKRUPTCY COLLECTIONS UNIT<br>800 FIFTH AVE 20TH FLOOR<br>SEATTLE WA 98104-3176 | CLOUD FUND LLC<br>DELTA BRIDGE FUNDING LLC<br>18851 NE 29TH AVE<br>SUITE 700<br>MIAMI FL 33180-2845 | IRS<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JOSHA DAVID HENDERSON<br>5617 236TH AVE NE<br>REDMOND WA 98053-2506 | JOSHUA DAVID HENDERSON<br>5617 236TH AVE NE<br>REDMOND WA 98053-2506 | KALAMATA CAPITAL GROUP LLC<br>80 BROAD STREET<br>SUITE 1210<br>NEW YORK NY 10004-2800 |
| LS2 RETAIL LLC<br>575 BELLEVUE<br>LOS ANGELES CA 90004 | (P)NATIONAL FUNDING<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 | PEARL DELTA FUNDING LLC<br>CO THEODORE COHEN<br>112 WEST 34TH STREET<br>18TH FLOOR BMB 27813<br>NEW YORK NY 10120-0101 |
| PIONEER SQUARE DEVELOPMENT LLC<br>CO RD MERRILL REAL ESTATE<br>HOLDINGS LLC<br>1938 FAIRVIEW AVE SUITE 300<br>SEATTLE WA 98102-3650 | QUALITY ATHLETICS<br>CO JOSHUA HENDERSON<br>5617 236TH AVE NE<br>REDMOND WA 98053-2506 | SQUARE FINANCIAL SERVICES<br>CO RMS<br>PO BOX 5007<br>FOGELSVILLE PA 18051 |
| SQUARE FINANCIAL SERVICES INC<br>3165 EAST MILL ROCK DRIVE<br>SUITE 160<br>SALT LAKE CITY UT 84121-5987 | TOAST CAPITAL<br>401 PARK DRIVE<br>BOSTON MA 02215-3325 | UNITED STATES ATTORNEYS OFFICE<br>ATTN BANKRUPTCY ASSISTANT<br>700 STEWART STREET ROOM 5220<br>SEATTLE WA 98101-4438 |
| UNITED STATES TRUSTEE<br>700 STEWART ST STE 5103<br>SEATTLE WA 98101-4438 | WA DEPARTMENT OF REVENUE<br>2101 4TH AVE SUITE 1400<br>SEATTLE WA 98121-2300 | WA DEPT OF REVENUE<br>1904 HUMBOLDT ST STE A<br>BELLINGHAM WA 98225-4244 |
| WA EMPLOYMENT SECURITY DEPT<br>PO BOX 34949<br>SEATTLE WA 98124-1949 | WA ST EMPLOYMENT SECURITY DEPARTMENT<br>PO BOX 9046<br>OLYMPIA WA 98507-9046 | (P)WA STATE DEPT OF LABOR INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WA STATE LI<br>PO BOX 44000<br>OLYMPIA   WA 98504-4000 | WASHINGTON STATE DEPT OF TRANS<br>ATTN  PROP  MGMT PROG MGR<br>PO BOX 47339<br>PROGRAM MANAGER<br>OLYMPIA   WA 98504-7339 | WEBBANK<br>215 STATE STREET<br>SALT LAKE CITY   UT 84111-2336 |
| ~~EXCLUDE~~<br>~~JENNIFER L NEELEMAN~~<br>~~NEELEMAN LAW GROUP   PC~~<br>~~1403 8TH STREET~~<br>~~MARYSVILLE   WA 98270-4207~~ | MICHAEL DELEO<br>PETERSON RUSSELL KELLY LIVENGOOD PLLC<br>10900 NE 4TH STREET<br>SUITE 1850<br>BELLEVUE   WA 98004-8341 | ~~EXCLUDE~~<br>~~THOMAS D NEELEMAN~~<br>~~NEELEMAN LAW GROUP~~<br>~~1403 8TH STREET~~<br>~~MARYSVILLE   WA 98270-4207~~ |

```
COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

(Interested Party)                  (US Trustee)                         Thomas D Neeleman
Washington State Taxing Agencies    United States Trustee                Neeleman Law Group
represented by:                     700 Stewart St Ste 5103              1403 8th Street
Dina Yunker Frank                   Seattle, WA 98101                    Marysville, WA 98270
Attorney General of Washington      represented by:
Bankruptcy and Collections          Matthew J.P. Johnson                 courtmail@neelemanlaw.com
800 Fifth Ave, Ste 2000             Office of the U.S. Trustee
Seattle, WA 98104                   700 Stewart Street
                                    Ste 5103
BCUYunker@atg.wa.gov                Seattle, WA 98101

                                    matthew.j.johnson@usdoj.gov




(Debtor)                            (Trustee)                            (Interested Party)
HWC Burbs Burgers LLC               Michael DeLeo                        represented by:
5617 236th Ave., NE                 Peterson Russell Kelly Livengood PLLC Brian M. Muchinsky
Redmond, WA 98053                   10900 NE 4th Street                  Illuminate Law Group
Tax ID / EIN: 84-4955933            Suite 1850                           10500 NE 8th Street
represented by:                     Bellevue, WA 98004                   Ste. 930
Jennifer L Neeleman                                                      Bellevue, WA 98004
Neeleman Law Group, P.C.            msdeleo-trustee@prklaw.com
1403 8th Street                                                          bmuchinsky@illuminatelg.com
Marysville, WA 98270

jennifer@neelemanlaw.com
```