Brian T. Peterson, WSBA #42088
Ruby A. Nagamine, WSBA #55620
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Marc L. Barreca
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

HWC BURBS BURGERS LLC

Debtor.

Case No. 23-11919-MLB

**NOTICE OF APPEARANCE**

K&L Gates LLP and Brian T. Peterson hereby appear as counsel for Pioneer Square Development Lender, LLC ("Pioneer Square") in the above-referenced adversary proceeding and request that all notices, pleadings, and informational filings sent to any person or entity in connection with this proceeding subsequent to the filing of this Request, including all notices sent pursuant to Bankruptcy Rule 2002, be sent to the undersigned attorneys for Pioneer Square.

DATED this 8th day of November, 2023.

NOTICE OF APPEARANCE - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-11919-MLB    Doc 31    Filed 11/08/23    Ent. 11/08/23 13:42:09    Pg. 1 of 3

| | |
|---|---|
| 1 | K&L GATES LLP |
| 2 | |
| 3 | */s/ Brian T. Peterson*<br>Brian T. Peterson, WSBA #42088 |
| 4 | Ruby A. Nagamine, WSBA #55620<br>925 Fourth Avenue, Suite 2900 |
| 5 | Seattle, WA 98104-1158<br>Telephone: (206) 623-7580 |
| 6 | Email: brian.peterson@klgates.com<br>        ruby.nagamine@klgates.com |
| 7 | *Attorneys for Pioneer Square Development Lender, LLC* |

NOTICE OF APPEARANCE - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-11919-MLB    Doc 31    Filed 11/08/23    Ent. 11/08/23 13:42:09    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, I caused the foregoing document to be filed electronically through the CM/ECF system, which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on November 8, 2023 at Seattle, Washington.

*/s/ Denise Lentz*
Denise Lentz

NOTICE OF APPEARANCE - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-11919-MLB    Doc 31    Filed 11/08/23    Ent. 11/08/23 13:42:09    Pg. 3 of 3