Entered on Docket January 10, 2024

**Below is the Order of the Court.**



_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

HWC Burbs Burgers, LLC,

Debtor.

Chapter 11

Case No. 23-11919

**ORDER SETTING CONFIRMATION HEARING AND RELATED DEADLINES**

The Debtor has filed a plan under 11 U.S.C. § 1189 (Dkt. No. 55) ("Plan") and the Court has not entered an order under 11 U.S.C. § 1181(b) making 11 U.S.C. § 1125 applicable. Accordingly, pursuant to Interim Rules of Bankruptcy Procedure 3014 and 3017.2, it is ORDERED that:

1. The hearing to consider confirmation of the Plan shall be held on **February 22, 2024, at 9:30 a.m.** at the U.S. Courthouse, 700 Stewart St., Courtroom 7106, Seattle, WA 98101.

2. **February 15, 2024** is the last day by which the holders of claims and interests may accept or reject the Plan. Acceptance or rejection shall be expressed by completing the ballot and providing it to the Debtor's attorney.

3. An equity security holder or creditor whose claim is based on a security must be

the holder of record of the security on **February 8, 2024** to be eligible to accept or reject the Plan.

4. **February 15, 2024** is the last day to file an objection to confirmation of the Plan.

5. **February 8, 2024** is the last day for a secured creditor to make an election under 11 U.S.C. § 1111(b)(2).

6. By **January 18, 2024**, the Debtor shall mail to all creditors, equity security holders and other parties in interest the Plan, a ballot for accepting or rejecting the Plan and a copy of this Order.

7. By **January 18, 2024**, the Debtor shall prepare and file a proof of service demonstrating compliance with paragraph 6 of this Order.

8. A copy of this Order shall constitute notice of all matters set forth above and no separate notice is required.

/// End of Order ///