# Request for Payment
# of State of Washington Department of Revenue Taxes

## (Bankruptcy Administrative Expenses and Request for Payment pursuant to 11 U.S.C. 503 (b))

US BANKRUPTCY COURT
District of Western Washington

Re: WA Department of Revenue
vs HWC Burbs Burgers LLC

| Case Number |
| --- |
| 23-11919 |
| Type of Bankruptcy Case |
| Chapter 11 |
| Date of Petition |
| 10/09/2023 |
| ##-###5933 |

Taxpayer Identification Number

FILED
Western District of Washington at Seattle
JAN 16 2024
GINA ZADRA WALTON, CLERK OF THE BANKRUPTCY COURT

THIS SPACE IS FOR
COURT USE ONLY

1. The undersigned, whose business address is shown below, is the agent of the State of Washington Department of Revenue and is authorized to make this request for payment on behalf of the State of Washington, Department of Revenue.

2. Request is made for payment of taxes and any interest or penalty due under the laws of the State of Washington as shown below.

3. The ground of liability is taxes due under the laws of the State of Washington.

| Tax Type | Period | Assess Date | Tax | Penalty | Interest | Other Charges | Total | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sales&Business | Oct 31 2023 | | $37,490.37 | $5,248.65 | $230.73 | | $42,969.75 | |
| Sales&Business | Nov 30 2023 | | $34,297.98 | $4,801.72 | $202.41 | | $39,302.11 | |
| Sales&Business | Dec 31 2023 | | $33,000.00 | $0.00 | $0.00 | | $33,000.00 | |
| Sales&Business | Jan 31 2024 | | $34,300.00 | $0.00 | $0.00 | | $34,300.00 | |
| | | Total | $139,088.35 | $10,050.37 | $433.14 | | $149,571.86 | |

The amount due includes interest and penalty computed to January 11, 2024. Interest will accrue at the rate established under Washington Statute RCW 82.32.050 and .060, and late payment penalty will be charged as provided by law. If the claim is not paid within 20 days of its filing, contact the Washington Department of Revenue at the phone number below for the current balance.

STATE OF WASHINGTON
DEPARTMENT OF REVENUE
/s/ Andrew Garrett

2101 4th Ave., Suite 1400 ♦ Seattle, WA 98121-2300 ♦ Phone: 206/727-5376 ♦ Fax: 206/727-5319

UNITED STATES BANKRUPTCY COURT
DISTRICT OF WESTERN WASHINGTON

| | |
|---|---|
| **ADMINISTRATIVE EXPENSE CLAIM FOR POST PETITION TAXES DUE TO WASHINGTON STATE DEPARTMENT OF REVENUE AND REQUEST FOR PAYMENT** | Case No. 23-11919<br><br>Debtor: HWC Burbs Burgers LLC<br><br>Chapter 11<br><br>Petition Date: 10/09/2023 |

**Pursuant to 11 USC §503(b)(1)(D), a governmental unit shall not be required to file a request for payment of an expense described in 11 USC §503(b)(1)(B) or (C), as a condition of its being allowed an administrative expense.**

### Part 1: The Creditor

**1.1 Name of Creditor:** Washington State Department of Revenue

**1.2 Name and address where notices should be sent:**
Washington State Department of Revenue

2101 4th Ave Suite 1400
Seattle, WA 98121

**Telephone Number:** (206)727-5376        **Email:** andrewg@dor.wa.gov

**1.3 Name and address where payments should be sent (if different from above):**

**Telephone Number:**        **Email:**

### Part 2: The Claim

**2.1 Taxpayer ID (last four digits): 5933**        Uniform claim identifier for Chapter 13 (if used):

**2.2 Amount of Claim:** $149,571.86

**2.3 Basis for Claim:** 11 U.S.C. §507(a)(2) Administrative Expense Claim for post-petition taxes, interest, and penalties of the kind described in 11 U.S.C. §503(b)(1)(B),(C).

**Type of Taxes:**

| | X | Sales RCW 82.08.020 | X | B&O RCW 82.04.220 |
| | ☐ | Use RCW 82.12.020 | ☐ | Other RCW 82.___.___ |

| Tax Period | Tax Due | Interest and Penalties to date | Balance Due to date |
|---|---|---|---|
| Oct 2023 | $37,490.37 | $5,479.38 | $42,969.75 |
| Nov 2023 | $34,297.98 | $5,004.13 | $39,302.11 |
| Dec 2023 | $33,000.00 | $0.00 | $33,000.00 |
| Jan 2024 | $34,300.00 | $0.00 | $34,300.00 |

*Total Amount Due*: $149,571.86

**2.4 Credits**: The amount of all payments on this claim has been credited for the purpose of making this administrative expense claim.

**2.5 Interest and penalties continue to accrue.** The amount due includes interest and penalty computed to January 11 2024. Interest will continue to accrue at the rate established under RCW 82.32.050(2). If the claim is paid after January 11 2024, contact WA Department of Revenue at (206)727-5376 for the current balance.

## Part 3: Signature

**Check the appropriate box:**
__ I am the creditor.
X I am the creditor's attorney or authorized agent.
__ I am the trustee, or the debtor, or their authorized agent.
__ I am a guarantor, surety, endorser, or other codebtor.
+
I have examined the information in this Administrative Expense Claim, have a reasonable belief that the information is true and correct, and request allowance and payment of the postpetition taxes, interest, and penalties set forth herein.

I declare under penalty of perjury that the foregoing is true and correct.

| | **Date:** |
|---|---|
| /s/ Andrew Garrett | 01/11/2024 |
| Signature | MM/DD/YYYY |

**Print Name**: Andrew Garrett          **Title**: Revenue Agent

**Agency**: Washington State Department of Revenue    **Address**: 2101 4th Avenue Suite 1400
                                                                   Number     Street
                                                                   Seattle WA 98121
                                                                   City, State, ZIP Code

**Contact Phone**: (206)727-5376          **Email**: andrewg@dor.wa.gov