Honorable Marc L. Barreca
Chapter 11 Sub V
Hearing Date: February 22, 2024
Hearing Time: 9:30 a.m.
Location: Seattle, WA
Response Due: February 15, 2024

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>HWC BURBS BURGERS, LLC,<br><br>                    Debtor. | Case No. 23-11919-MLB<br><br>**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE** |

PLEASE TAKE NOTICE that the *United States Trustee's Motion to Convert or Dismiss Chapter 11 Case for Gross Mismanagement* IS SET FOR HEARING as follows:

Judge:   Marc L. Barreca          Date:   February 22, 2024

Place:   Courtroom 7106           Time:   9:30 a.m.
          Seattle Federal Courthouse
          700 Stewart Street, 7th Floor
          Seattle, Washington 98101

If you oppose the Motion, you must file your written response and all evidence in support thereof, and serve the undersigned, NOT LATER THAN THE RESPONSE DATE, which is, February 15, 2024. If no response is timely filed and served, the Court may, in its discretion, grant the Motion prior to the hearing, without further notice, and strike the hearing.

Dated: January 30, 2024

Respectfully submitted,

GREGORY M. GARVIN
Acting U.S. Trustee for Region 18

/s/ *Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)