In re:  Case No. 23-11919-MLB

HWC Burbs Burgers LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2  User: admin  Page 1 of 3

Date Rcvd: Jan 30, 2024  Form ID: pdf  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HWC Burbs Burgers LLC, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| smg | + | Attorney General's Office, Bankruptcy & Collections Unit, 800 5th Ave Ste 2000, Seattle, WA 98104-3188 |
| 957207376 | + | Advantage Funding, 104 East 25th Street, New York, NY 10010-2917 |
| 957211372 | + | Attorney General for WA State, Bankruptcy & Collections Unit, 800 Fifth Ave, 20th Floor, Seattle, WA 98104-3176 |
| 957231786 | + | Brian M. Muchinsky, c/o Illuminate Law Group, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 957211373 | + | Cloud Fund, LLC, Delta Bridge Funding, LLC, 18851 NE 29th Ave., Suite 700, Miami, FL 33180-2845 |
| 957227520 | + | Ferrellgas, One Liberty Plaza MD 40, Liberty, MO 64068-2971 |
| 957207378 | + | Josha David Henderson, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957211374 | + | Joshua David Henderson, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957207379 | | LS2 Retail, LLC, 575 Bellevue, Los Angeles, CA 90004 |
| 957231787 | + | LS2 Retail, LLC, c/o Illuminate Law Group, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 957231792 | + | Lincoln Square Merchants Association, c/o Illuminate Law Group, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 957207381 | + | Pearl Delta Funding, LLC, c/o Theodore Cohen, 112 West 34th Street, 18th Floor, BMB 27813, New York, NY 10120-0101 |
| 957211376 | | Pioneer Square Development LLC, c/o R.D. Merrill Real Estate, Holdings LLC, 1938 Fairview Ave., Suite 300, Seattle, WA 98102-3650 |
| 957207382 | + | Quality Athletics, c/o Joshua Henderson, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957223881 | + | Quick Bridge Funding, LLC, Robert Zahradka, Esq., 4380 La Jolla Village Drive, San Diego, CA 92122-1200 |
| 957213430 | + | Square Financial Services, c/o RMS, PO Box 5007, Fogelsville, PA 18051-5007 |
| 957207383 | + | Square Financial Services, Inc, 3165 East Mill Rock Drive, Suite 160, Salt Lake City, UT 84121-5987 |
| 957207384 | + | Toast Capital, 401 Park Drive, Boston, MA 02215-3325 |
| 957211377 | + | United States Attorneys Office, Attn: Bankruptcy Assistant, 700 Stewart Street, Room 5220, Seattle, WA 98101-4438 |
| 957207385 | + | WA Dept of Revenue, 1904 Humboldt St, Ste A, Bellingham, WA 98225-4244 |
| 957207386 | | WA Employment Security Dept, PO Box 34949, Seattle, WA 98124-1949 |
| 957211342 | | WA ST EMPLOYMENT SECURITY DEPARTMENT, PO BOX 9046, Olympia, WA 98507-9046 |
| 957207387 | + | WA State L&I, PO Box 44000, Olympia, WA 98504-4000 |
| 957207388 | | Washington State Dept of Trans, Attn: Prop. Mgmt. Prog. Mgr, P.O. Box 47339, Program Manager, Olympia, WA 98504-7339 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2024 23:18:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | Jan 30 2024 23:18:00 | Securities and Exchange Commission, Bankruptcy Counsel, 444 South Flower St, Ste 900, Los Angeles, WA 90071-2934 |
| 957211375 | + | Email/Text: notices@kalamatacapitalgroup.com | Jan 30 2024 23:18:00 | Kalamata Capital Group, LLC, 80 Broad Street, Suite 1210, New York, NY 10004-2800 |
| 957207380 | | Email/Text: mspurrier@nationalfunding.com | Jan 30 2024 23:17:00 | National Funding/, Quickbridge Funding, 9530 Towne Centre Dr., Suite, San Diego, CA 92121 |
| 957208206 | + | Email/Text: DORBankruptcyNOTICES@dor.wa.gov | Jan 30 2024 23:18:00 | WA Department of Revenue, 2101 4th Ave Suite 1400, Seattle, WA 98121-2300 |
| 957211320 | | Email/Text: ecffilings@lni.wa.gov | Jan 30 2024 23:18:00 | WA State Dept. of Labor and Industries, Bankruptcy Unit, PO Box 44171, Olympia, WA |

| Recip ID | | | | |
|---|---|---|---|---|
| 957207389 | + Email/Text: bankruptcy@webbank.com | | 98504-4171 | |
| | | Jan 30 2024 23:18:00 | WebBank, 215 State Street, Salt Lake City, UT 84111-2336 | |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 957207377 | * | IRS, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aditi Paranjpye | on behalf of Creditor IGCD LLC AParanjpye@Cairncross.com, tnguyen@cairncross.com;kbeckham@cairncross.com;jlynch@ecf.courtdrive.com |
| Arnold M. Willig | on behalf of Interested Party Courtesy NEF arnie@hackerwillig.com charlie@hackerwillig.com;eshea@hackerwillig.com;autumn@hackerwillig.com;alice@hackerwillig.com |
| Brian M. Muchinsky | on behalf of Interested Party Courtesy NEF bmuchinsky@illuminatelg.com natalie@illuminatelg.com;bfaulkner@illuminatelg.com;randyv@illuminatelg.com;rkhadivi@illuminatelg.com |
| Brian T Peterson | on behalf of Creditor Pioneer Square Development Lender LLC brian.peterson@klgates.com, bankruptcyecf@klgates.com |
| Dina Yunker Frank | on behalf of Interested Party Washington State Taxing Agencies BCUYunker@atg.wa.gov |
| Jennifer L Neeleman | on behalf of Debtor HWC Burbs Burgers LLC jennifer@neelemanlaw.com courtmail@neelemanlaw.com;neelemanjr50714@notify.bestcase.com |
| Matthew J.P. Johnson | on behalf of US Trustee United States Trustee matthew.j.johnson@usdoj.gov Young-Mi.Petteys@usdoj.gov;Yash.J.Chohan@usdoj.gov;Brian.b.braun@usdoj.gov |
| Michael DeLeo | msdeleo-trustee@prklaw.com iordonez@prklaw.com;cmd11@trustesolutions.net |
| Ruby A. Nagamine | on behalf of Creditor Pioneer Square Development Lender LLC ruby.nagamine@klgates.com |
| Thomas D Neeleman | on behalf of Debtor HWC Burbs Burgers LLC courtmail@neelemanlaw.com neelemanjr50714@notify.bestcase.com |

United States Trustee
    USTPRegion18.SE.ECF@usdoj.gov

TOTAL: 11

|   |   |
|---|---|
| | Honorable Marc L. Barreca |
| | Chapter 11 Sub V |
| | Hearing Date: February 22, 2024 |
| | Hearing Time: 9:30 a.m. |
| | Location: Seattle, WA |
| | Response Due: February 15, 2024 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>HWC BURBS BURGERS, LLC,<br><br>                  Debtor. | Case No. 23-11919-MLB<br><br>**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE** |

    PLEASE TAKE NOTICE that the *United States Trustee's Motion to Convert or Dismiss Chapter 11 Case for Gross Mismanagement* IS SET FOR HEARING as follows:

| | | | |
|---|---|---|---|
| Judge: | Marc L. Barreca | Date: | February 22, 2024 |
| Place: | Courtroom 7106<br>Seattle Federal Courthouse<br>700 Stewart Street, 7th Floor<br>Seattle, Washington 98101 | Time: | 9:30 a.m. |

    If you oppose the Motion, you must file your written response and all evidence in support thereof, and serve the undersigned, NOT LATER THAN THE RESPONSE DATE, which is, February 15, 2024. If no response is timely filed and served, the Court may, in its discretion, grant the Motion prior to the hearing, without further notice, and strike the hearing.

    Dated: January 30, 2024

                                  Respectfully submitted,

                                  GREGORY M. GARVIN
                                  Acting U.S. Trustee for Region 18

                                  */s/ Matthew J.P. Johnson*
                                  Matthew J.P. Johnson, WSBA #40476
                                  Attorney for the United States Trustee

NOTICE OF HEARING - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 23-11919-MLB    Doc 63   Filed 02/01/24   Ent. 02/01/24 21:15:51   Pg. 4 of 4