Form opcschs (06/2012)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

HWC Burbs Burgers LLC

Debtor(s).

Case Number: 23−11919−MLB
Chapter: 7

---

## ORDER TO FILE POST−CONVERSION SCHEDULES

TO: Debtor(s) and Debtor's Attorney

This case was converted from Chapter 11 to 7 on **February 23, 2024**. It is hereby

ORDERED that the Debtor(s) shall file by **March 11, 2024**:

    1. amended schedules, statements and documents, including a chapter 13 plan for cases converted to chapter 13 or a declaration under penalty of perjury that there has been no change in the schedules, statements, and documents; and

    2. **the statement of current monthly income (means testing form)\***, required by Fed.R.Bankr.P. 1007(b)(1),(4),(5), and (6), and LBR 1007−1(b). It is further

ORDERED that if the schedules filed by the debtor(s) contain additional creditors, the debtor(s) shall mail to the trustee and any additional creditors a copy of the sec. 341 meeting notice pursuant to LBR 1009−1(c)(2). The debtor(s) shall also file with the court a mailing list of additional creditors. If the debtor(s) is represented by an attorney, the additional creditors shall be uploaded electronically onto the court's ECF system.

Dated: February 23, 2024

                                                                           Gina Zadra Walton
                                                                           Clerk of the Bankruptcy Court

---

\*A new means test form is generally required to be filed in a converted case. However, in a case converting from a chapter 7 to any other chapter, a statement of current monthly income (means testing form) shall not be required if the time for filing a motion under Sec. 707(b) or (c), or any extension thereof, expired during the time the case was pending under chapter 7. A means testing form shall not be required when a case was originally filed on or prior to October 16, 2005.