# MEETING RESCHEDULED DUE TO APPOINTMENT OF NEW TRUSTEE

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | HWC Burbs Burgers LLC <br> Name | EIN: | 84–4955933 |
| United States Bankruptcy Court | Western District of Washington | Date case filed in chapter: | 11  10/9/23 |
| Case number: | 23–11919–MLB | Date case converted to chapter: | 7  2/23/24 |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          08/21

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | HWC Burbs Burgers LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5617 236th Ave., NE <br> Redmond, WA 98053 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas D Neeleman <br> Neeleman Law Group <br> 1403 8th Street <br> Marysville, WA 98270 | Contact phone 425–212–4800 <br><br> Email: courtmail@neelemanlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Edmund J Wood <br> 303 N 67th St <br> Seattle, WA 98103 | Contact phone 206–623–4382 <br><br> Email: ewood1@aol.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 700 Stewart St, Room 6301 <br> Seattle, WA 98101 | Hours open 8:30 am – 4:30 pm <br> Monday – Friday <br><br> Contact phone 206–370–5200 <br><br> Date: 2/23/24 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 25, 2024 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** Valid photo identification required *** | Location: <br><br> Telephonic Creditors Meeting <br> Conference Line: 1–866–763–1542 <br> Participant Code: 4624291 |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 2 >**

Debtor  **HWC Burbs Burgers LLC**                                    Case number **23–11919–MLB**

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**

Case 23-11919-MLB    Doc 80    Filed 02/23/24    Ent. 02/23/24 12:52:29    Pg. 3 of 3