United States Bankruptcy Court

Western District of Washington

In re:                                                         Case No. 23-11919-MLB

HWC Burbs Burgers LLC                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2                              User: admin                            Page 1 of 2

Date Rcvd: Feb 23, 2024                      Form ID: opcschs                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

**Recip ID**              **Recipient Name and Address**
db                    +    HWC Burbs Burgers LLC, 5617 236th Ave., NE, Redmond, WA 98053-2506

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024                             Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aditi Paranjpye | on behalf of Creditor IGCD LLC AParanjpye@Cairncross.com, tnguyen@cairncross.com;kbeckham@cairncross.com;jlynch@ecf.courtdrive.com |
| Arnold M. Willig | on behalf of Interested Party Courtesy NEF arnie@hackerwillig.com charlie@hackerwillig.com;eshea@hackerwillig.com;autumn@hackerwillig.com;alice@hackerwillig.com |
| Brian M. Muchinsky | on behalf of Interested Party Courtesy NEF bmuchinsky@illuminatelg.com natalie@illuminatelg.com;bfaulkner@illuminatelg.com;randyv@illuminatelg.com;rkhadivi@illuminatelg.com |
| Brian T Peterson | on behalf of Creditor Pioneer Square Development Lender LLC brian.peterson@klgates.com, bankruptcyecf@klgates.com |
| Dina Yunker Frank | on behalf of Interested Party Washington State Taxing Agencies BCUYunker@atg.wa.gov |

| | |
|---|---|
| Jennifer L Neeleman | on behalf of Debtor HWC Burbs Burgers LLC jennifer@neelemanlaw.com courtmail@neelemanlaw.com;neelemanjr50714@notify.bestcase.com |
| Matthew J.P. Johnson | on behalf of US Trustee United States Trustee matthew.j.johnson@usdoj.gov Young-Mi.Petteys@usdoj.gov;Yash.J.Chohan@usdoj.gov;Brian.b.braun@usdoj.gov |
| Michael DeLeo | msdeleo-trustee@prklaw.com iordonez@prklaw.com;cmd11@trustesolutions.net |
| Ruby A. Nagamine | on behalf of Creditor Pioneer Square Development Lender LLC ruby.nagamine@klgates.com |
| Thomas D Neeleman | on behalf of Debtor HWC Burbs Burgers LLC courtmail@neelemanlaw.com neelemanjr50714@notify.bestcase.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 11

Form opcschs (06/2012)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:
    HWC Burbs Burgers LLC

    Debtor(s).

Case Number: 23−11919−MLB
Chapter: 7

---

## ORDER TO FILE POST−CONVERSION SCHEDULES

TO: Debtor(s) and Debtor's Attorney

This case was converted from Chapter 11 to 7 on **February 23, 2024**. It is hereby

ORDERED that the Debtor(s) shall file by **March 11, 2024**:

    1. amended schedules, statements and documents, including a chapter 13 plan for cases converted to chapter 13 or a declaration under penalty of perjury that there has been no change in the schedules, statements, and documents; and

    2. **the statement of current monthly income (means testing form)\***, required by Fed.R.Bankr.P. 1007(b)(1),(4),(5), and (6), and LBR 1007−1(b). It is further

ORDERED that if the schedules filed by the debtor(s) contain additional creditors, the debtor(s) shall mail to the trustee and any additional creditors a copy of the sec. 341 meeting notice pursuant to LBR 1009−1(c)(2). The debtor(s) shall also file with the court a mailing list of additional creditors. If the debtor(s) is represented by an attorney, the additional creditors shall be uploaded electronically onto the court's ECF system.

Dated: February 23, 2024

                                                Gina Zadra Walton
                                              Clerk of the Bankruptcy Court

\*A new means test form is generally required to be filed in a converted case. However, in a case converting from a chapter 7 to any other chapter, a statement of current monthly income (means testing form) shall not be required if the time for filing a motion under Sec. 707(b) or (c), or any extension thereof, expired during the time the case was pending under chapter 7. A means testing form shall not be required when a case was originally filed on or prior to October 16, 2005.