UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

In re: | Case No. 23-11919-MLB

HWC BURBS BURGERS, LLC

Debtor(s)

---

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Michael S. DeLeo*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was converted with no plan confirmed and no plan payments made to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Date: February 27, 2024     By: *s/ Michael S. DeLeo*
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(V)-NDR C**

**UST Form 101-11(V)-NDR Instructions (02/19/2020)**