NEELEMAN LAW GROUP
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

HWC BURBS BURGERS, LLC,

    Debtor(s).

Case No.: 23-11919

EX PARTE MOTION TO EXTEND TIME TO FILE POST CONVERSION STATEMENTS & SCHEDULES AND OTHER RELATED DOCUMENTS

COMES NOW the debtor, HWC Burbs Burgers, LLC, *ex parte*, and hereby move this Court, pursuant to Rule 9006(b)(1)(1), for an Order extending the time to file Post Conversion Statements & Schedules and Other Related Documents. The debtor bases this Motion on the following:

1. On October 9, 2023, the debtor filed a Petition for relief under Chapter 11 Sub V of the United States Bankruptcy Code.
2. On February 23, 2024, this Court issued an Order converting the case to one under Chapter 7.
3. The 341 Meeting of Creditors in this case is currently scheduled for March 25, 2024 at 11:00 AM.
4. The debtor requires additional time to review and sign all prepared documents prior to submission to the Court.

WHEREFORE, the debtor respectfully prays that this Court issue an Order extending the

//

//

Motion to Extend Time

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 ‖ F 425.212.4802

**Neeleman Law Group**

1 deadline to file Post Conversion Statements and Schedules and Other Related Documents to
2 March 18, 2024.
3     DATED this 11th day of March, 2024.

NEELEMAN LAW GROUP

By: /s/ Angela R. Neeleman
Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
Angela R. Neeleman, WSBA #37421
Benjamin T. Neeleman, WSBA #51329
Attorneys for Debtor

Motion to Extend Time

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**