**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

HWC BURBS BURGERS, LLC,

Debtor(s).

Case No.: 23-11919

ORDER RE: EX PARTE MOTION TO EXTEND TIME TO FILE POST CONVERSION STATEMENTS & SCHEDULES AND OTHER RELATED DOCUMENTS

THIS MATTER having come before the Court upon the debtor's Motion to Extend Time to File Post Conversion Statements and Schedules and Other Related Documents, the Court, having been fully advised in the premises and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The debtor's motion is granted.

2. The deadline to file Post Conversion Statements & Schedules and Other Related Documents is extended to March 18, 2024.

//END OF ORDER//

Order Re Motion to Dxtend Time

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

Presented by:

NEELEMAN LAW GROUP
*/s/ Angela R. Neeleman*
Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
Angela R. Neeleman, WSBA #37421
Benjamin T. Neeleman, WSBA #51329
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone (425) 212-4800

Order Re Motion to Extend Time

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 ‖ F 425.212.4802

**Neeleman Law Group**

Case 23-11919-CMA    Doc 89    Filed 03/12/24    Ent. 03/12/24 11:15:59    Pg. 2 of 2