In re:  Case No. 23-11919-MLB

HWC Burbs Burgers LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2  User: admin  Page 1 of 2

Date Rcvd: Mar 11, 2024  Form ID: pdf  Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HWC Burbs Burgers LLC, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957207376 | + | Advantage Funding, 104 East 25th Street, New York, NY 10010-2917 |
| 957211372 | + | Attorney General for WA State, Bankruptcy & Collections Unit, 800 Fifth Ave, 20th Floor, Seattle, WA 98104-3176 |
| 957231786 | + | Brian M. Muchinsky, c/o Illuminate Law Group, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 957211373 | + | Cloud Fund, LLC, Delta Bridge Funding, LLC, 18851 NE 29th Ave., Suite 700, Miami, FL 33180-2845 |
| 957227520 | + | Ferrellgas, One Liberty Plaza MD 40, Liberty, MO 64068-2971 |
| 957207378 | + | Josha David Henderson, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957211374 | + | Joshua David Henderson, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957207379 | | LS2 Retail, LLC, 575 Bellevue, Los Angeles, CA 90004 |
| 957231787 | + | LS2 Retail, LLC, c/o Illuminate Law Group, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 957231792 | + | Lincoln Square Merchants Association, c/o Illuminate Law Group, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 957207381 | + | Pearl Delta Funding, LLC, c/o Theodore Cohen, 112 West 34th Street, 18th Floor, BMB 27813, New York, NY 10120-0101 |
| 957211376 | | Pioneer Square Development LLC, c/o R.D. Merrill Real Estate, Holdings LLC, 1938 Fairview Ave., Suite 300, Seattle, WA 98102-3650 |
| 957207382 | + | Quality Athletics, c/o Joshua Henderson, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957223881 | + | Quick Bridge Funding, LLC, Robert Zahradka, Esq., 4380 La Jolla Village Drive, San Diego, CA 92122-1200 |
| 957213430 | + | Square Financial Services, c/o RMS, PO Box 5007, Fogelsville, PA 18051-5007 |
| 957207383 | + | Square Financial Services, Inc, 3165 East Mill Rock Drive, Suite 160, Salt Lake City, UT 84121-5987 |
| 957207384 | + | Toast Capital, 401 Park Drive, Boston, MA 02215-3325 |
| 957211377 | + | United States Attorneys Office, Attn: Bankruptcy Assistant, 700 Stewart Street, Room 5220, Seattle, WA 98101-4438 |
| 957207385 | + | WA Dept of Revenue, 1904 Humboldt St, Ste A, Bellingham, WA 98225-4244 |
| 957207386 | | WA Employment Security Dept, PO Box 34949, Seattle, WA 98124-1949 |
| 957211342 | | WA ST EMPLOYMENT SECURITY DEPARTMENT, PO BOX 9046, Olympia, WA 98507-9046 |
| 957207387 | + | WA State L&I, PO Box 44000, Olympia, WA 98504-4000 |
| 957207388 | | Washington State Dept of Trans, Attn: Prop. Mgmt. Prog. Mgr, P.O. Box 47339, Program Manager, Olympia, WA 98504-7339 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 957207377 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2024 23:23:00 | IRS, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 957211375 | + | Email/Text: notices@kalamatacapitalgroup.com | Mar 11 2024 23:22:00 | Kalamata Capital Group, LLC, 80 Broad Street, Suite 1210, New York, NY 10004-2800 |
| 957207380 | | Email/Text: mspurrier@nationalfunding.com | Mar 11 2024 23:22:00 | National Funding/, Quickbridge Funding, 9530 Towne Centre Dr., Suite, San Diego, CA 92121 |
| 957223881 | + | Email/Text: rzahradka@nationalfunding.com | Mar 11 2024 23:23:00 | Quick Bridge Funding, LLC, Robert Zahradka, Esq., 4380 La Jolla Village Drive, San Diego, CA 92122-1200 |
| 957208206 | + | Email/Text: DORBankruptcyNOTICES@dor.wa.gov | Mar 11 2024 23:23:00 | WA Department of Revenue, 2101 4th Ave Suite 1400, Seattle, WA 98121-2300 |
| 957211320 | | Email/Text: ecffilings@lni.wa.gov | Mar 11 2024 23:23:00 | WA State Dept. of Labor and Industries, Bankruptcy Unit, PO Box 44171, Olympia, WA 98504-4171 |
| 957207389 | + | Email/Text: bankruptcy@webbank.com | | |

|  |  |  |
|---|---|---|
|  | Mar 11 2024 23:22:00 | WebBank, 215 State Street, Salt Lake City, UT 84111-2336 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:

**Name**            **Email Address**

Aditi Paranjpye
    on behalf of Creditor IGCD  LLC AParanjpye@Cairncross.com, tnguyen@cairncross.com;kbeckham@cairncross.com;jlynch@ecf.courtdrive.com

Arnold M. Willig
    on behalf of Interested Party Courtesy NEF arnie@hackerwillig.com charlie@hackerwillig.com;eshea@hackerwillig.com;autumn@hackerwillig.com;alice@hackerwillig.com

Brian M. Muchinsky
    on behalf of Interested Party Courtesy NEF bmuchinsky@illuminatelg.com natalie@illuminatelg.com;bfaulkner@illuminatelg.com;randyv@illuminatelg.com;rkhadivi@illuminatelg.com

Brian T Peterson
    on behalf of Creditor Pioneer Square Development Lender  LLC brian.peterson@klgates.com, bankruptcyecf@klgates.com

Dina Yunker Frank
    on behalf of Interested Party Washington State Taxing Agencies BCUYunker@atg.wa.gov

Edmund J Wood
    ewood1@aol.com ejw@trustesolutions.net

Jennifer L Neeleman
    on behalf of Debtor HWC Burbs Burgers LLC jennifer@neelemanlaw.com courtmail@neelemanlaw.com;neelemanjr50714@notify.bestcase.com

Matthew J.P. Johnson
    on behalf of US Trustee United States Trustee matthew.j.johnson@usdoj.gov Young-Mi.Petteys@usdoj.gov;Yash.J.Chohan@usdoj.gov;Brian.b.braun@usdoj.gov

Ruby A. Nagamine
    on behalf of Creditor Pioneer Square Development Lender  LLC ruby.nagamine@klgates.com

Thomas D Neeleman
    on behalf of Debtor HWC Burbs Burgers LLC courtmail@neelemanlaw.com  neelemanjr50714@notify.bestcase.com

United States Trustee
    USTPRegion18.SE.ECF@usdoj.gov

TOTAL: 11

The Honorable Marc Barreca
Chapter 7
Hearing Date: April 4, 2024
Hearing Time: 9:30 a.m.
Hearing Location: Rm 7106
Response Date: March 28, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

HWC BURBS BURGERS, LLC

        Debtor.

Case No.: 23-11919-MLB

NOTICE OF MOTION AND HEARING ON FIRST AND FINAL APPLICATION OF SUBCHAPTER V TRUSTEE FOR APPROVAL AND PAYMENT OF COMPENSATION

PLEASE TAKE NOTICE that the First and Final Application of Subchapter V Trustee for Approval and Payment of Compensation —

IS SET FOR HEARING AS FOLLOWS:

| | |
|---|---|
| JUDGE: | Marc Barreca |
| PLACE: | U.S. Courthouse<br>700 Stewart Street<br>Seattle, WA 98101<br>Courtroom 7106 |
| DATE: | April 4, 2024 |
| TIME: | 9:30 a.m. |

If you oppose this Motion, you must file and serve your written response NOT LATER THAN THE RESPONSE DATE, which is March 28, 2024. If no response is timely filed and

NOTICE OF MOTION… - 1
CASE NO.: 23-11919-MLB

**PETERSON RUSSELL KELLY LIVENGOOD PLLC**
**10900 NE Fourth Street, Suite 1850**
**Bellevue, Washington 98004-8341**
T: (425) 462-4700  F:(425) 451-0714

served, the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing.

DATED: March 8, 2024.

PETERSON RUSSELL KELLY LIVENGOOD PLLC

By: /s/ Michael S. DeLeo
Michael S. DeLeo, WSBA # 22037
1850 Skyline Tower, 10900 NE 4th St.
Bellevue, WA 98004
Telephone: (425) 462-4700
E-Mail: mdeleo@prklaw.com

NOTICE OF MOTION… - 2
CASE NO.: 23-11919-MLB

**PETERSON RUSSELL KELLY LIVENGOOD PLLC**
10900 NE Fourth Street, Suite 1850
Bellevue, Washington 98004-8341
T: (425) 462-4700  F:(425) 451-0714

Case 23-11919-CMA    Doc 90    Filed 03/13/24    Ent. 03/13/24 21:12:51    Pg. 4 of 4