IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

HWC BURBS BURGERS LLC

Debtor.

Case No. 23-41110-MJH

**(PROPOSED) ORDER GRANTING PIONEER SQUARE DEVELOPMENT LENDER, LLC'S MOTION TO GRANT RELIEF FROM STAY TO PERMIT DISPOSAL OF PERSONAL PROPERTY AND APPLY SECURITY DEPOSIT AGAINST OUTSTANDING AMOUNTS OWED BY DEBTOR**

This matter having come before the Court on *Pioneer Square Development Lender, LLC's Motion to Grant Relief From Stay to Permit Disposal of Personal Property and Apply Security Deposit Against Outstanding Amounts Owed by Debtor* (the "**Motion**"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

(PROPOSED) ORDER GRANTING MOTION
FOR RELIEF FROM STAY - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-11919-MLB    Doc 96-1    Filed 04/24/24    Ent. 04/24/24 19:23:35    Pg. 1 of 3

1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the *Declaration of Joseph Polito in Support of Motion*, the *Declaration of Brian T. Peterson in Support of the Motion*, any responses to the Motion and any replies thereto; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to 11 U.S.C. § 544(b), the estate's interest in any personal property located at the Debtor's former restaurant location with the common address of 201 King Street, Seattle, WA 98104 (the "**Premises**"), is hereby abandoned.

3. Pioneer Square Development Lender, LLC is hereby granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to remove and/or dispose of any personal property in the Premises, and to take all actions necessary to effectuate the relief granted in this Order.

4. Pioneer Square Development Lender, LLC is hereby granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to apply the Debtor's security deposit against its prepetition claim for unpaid rent.

5. This Order granting Pioneer Square Development Lender, LLC relief from the automatic stay shall not be subject to the fourteen-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

///END OF ORDER///

(PROPOSED) ORDER GRANTING MOTION
FOR RELIEF FROM STAY - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-11919-MLB    Doc 96-1    Filed 04/24/24    Ent. 04/24/24 19:23:35    Pg. 2 of 3

Presented by:
K&L GATES LLP


By: */s/ Brian T. Peterson*
Brian T. Peterson, WSBA #42088
Ruby A. Nagamine, WSBA #55620

925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: brian.peterson@klgates.com
ruby.nagamine@klgates.com

*Attorneys for Pioneer Square Development Lender, LLC*

(PROPOSED) ORDER GRANTING MOTION
FOR RELIEF FROM STAY - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-11919-MLB    Doc 96-1    Filed 04/24/24    Ent. 04/24/24 19:23:35    Pg. 3 of 3