Brian T. Peterson, WSBA #42088
Ruby A. Nagamine, WSBA #55620
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Marc L. Barreca
Chapter 11
Hearing Location: Courtroom 7106
Hearing Date: May 16, 2024
Hearing Time: 9:30 a.m.
Response Date: May 9, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

HWC BURBS BURGERS LLC

Debtor.

Case No. 23-11919-MLB

**PROOF OF SERVICE**

I, Denise A. Lentz declare as follows:

1. I am a citizen of the United States and of the State of Washington, living and residing in Snohomish County, over the age of 21 years, not a party to the above-entitled action and competent to be a witness.

2. On April 24, 2024, I caused to be electronically filed the following pleadings with the Clerk of the Court using CM/ECF system:

- Pioneer Square Development Lender, LLC's Motion to Grant Relief from Stay to Permit Disposal of Personal Property and Apply Security Deposit Against Outstanding Amounts Owed by Debtor (Dkt 96) ("Motion");
- Declaration of Joe Polito in Support of Pioneer Square Development Lender, LLC's Motion to Grant Relief from Stay to Permit Disposal of Personal Property and Apply Security Deposit Against Outstanding Amounts Owed by Debtor (Dkt 97) ("Polito Declaration");
- Declaration of Brian Peterson in Support of Pioneer Square Development Lender, LLC's Motion to Grant Relief from Stay to Permit Disposal of Personal Property and Apply Security Deposit Against Outstanding Amounts Owed by Debtor (Dkt 98) ("Peterson Declaration"
- Notice of Hearing on Motion to Grant Relief from Stay to Permit Disposal of Personal Property and Apply Security Deposit Against Outstanding Amounts Owed by Debtor (Dkt 99) ("Hearing Notice")

PROOF OF SERVICE - 1
317687875.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

Case 23-11919-MLB    Doc 100    Filed 05/06/24    Ent. 05/06/24 13:50:15    Pg. 1 of 5

which, pursuant to Local Rule 5005-1(c)(1), caused parties who are registered ECF participants to be served by electronic means.

3. On April 24, 2024, I caused to be deposited in the mail of the United States of America, by first class postage prepaid, addressed envelopes containing copies of the Motion, Polito Declaration, Peterson Declaration and Hearing Notice to the Debtor at the following address:

> HWC Burbs Burgers LLC
> 5617 236th Avenue NE
> Redmond, WA 98053

4. On April 24, 2024, I caused to be deposited in the mail of the United States of America, by first class postage prepaid, addressed envelopes containing copies of the Hearing Notice to the parties shown on the mailing matrix attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States that the foregoing Declaration is true and correct.

DATED this 6th day of May, 2024, at Lynnwood, Washington.

/s/ Denise A. Lentz
Denise A. Lentz

PROOF OF SERVICE - 2
317687875.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

Case 23-11919-MLB    Doc 100    Filed 05/06/24    Ent. 05/06/24 13:50:15    Pg. 2 of 5

# EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 23-11919-MLB<br>Western District of Washington<br>Seattle<br>Wed Apr 24 14:07:40 PDT 2024 | HWC Burbs Burgers LLC<br>5617 236th Ave., NE<br>Redmond, WA 98053-2506 | U.S. Bankruptcy Court<br>700 Stewart St, Room 6301<br>Seattle, WA 98101-4441 |
| Advantage Funding<br>104 East 25th Street<br>New York, NY 10010-2917 | Attorney General for WA State<br>Bankruptcy & Collections Unit<br>800 Fifth Ave, 20th Floor<br>Seattle, WA 98104-3176 | Brendan James Lacy<br>12919 72nd St. SE<br>Snohomish, WA 98290-9084 |
| Brian M. Muchinsky<br>c/o Illuminate Law Group<br>10500 NE 8th Street<br>Suite 930<br>Bellevue, WA 98004-4351 | Cloud Fund, LLC<br>Delta Bridge Funding, LLC<br>18851 NE 29th Ave.<br>Suite 700<br>Miami, FL 33180-2845 | Ferrellgas<br>One Liberty Plaza MD 40<br>Liberty, MO 64068-2971 |
| IRS<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Josha David Henderson<br>5617 236th Ave., NE<br>Redmond, WA 98053-2506 | Joshua David Henderson<br>5617 236th Ave., NE<br>Redmond, WA 98053-2506 |
| Kalamata Capital Group, LLC<br>80 Broad Street<br>Suite 1210<br>New York, NY 10004-2800 | LS2 Retail, LLC<br>575 Bellevue<br>Los Angeles, CA 90004 | LS2 Retail, LLC<br>c/o Illuminate Law Group<br>10500 NE 8th Street<br>Suite 930<br>Bellevue, WA 98004-4351 |
| Lincoln Square Merchants Association<br>c/o Illuminate Law Group<br>10500 NE 8th Street<br>Suite 930<br>Bellevue, WA 98004-4351 | (p)NATIONAL FUNDING<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 | Pearl Delta Funding, LLC<br>c/o Theodore Cohen<br>112 West 34th Street<br>18th Floor, BMB 27813<br>New York, NY 10120-0101 |
| Pioneer Square Development LLC<br>c/o R.D. Merrill Real Estate<br>Holdings LLC<br>1938 Fairview Ave., Suite 300<br>Seattle, WA 98102-3650 | Quality Athletics<br>c/o Joshua Henderson<br>5617 236th Ave., NE<br>Redmond, WA 98053-2506 | Quick Bridge Funding, LLC<br>Robert Zahradka, Esq.<br>4380 La Jolla Village Drive<br>San Diego, CA 92122-1200 |
| Square Financial Services<br>c/o RMS<br>PO Box 5007<br>Fogelsville, PA 18051-5007 | Square Financial Services, Inc<br>3165 East Mill Rock Drive<br>Suite 160<br>Salt Lake City, UT 84121-5987 | Toast Capital<br>401 Park Drive<br>Boston, MA 02215-3325 |
| United States Attorneys Office<br>Attn: Bankruptcy Assistant<br>700 Stewart Street, Room 5220<br>Seattle, WA 98101-4438 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | WA Department of Revenue<br>2101 4th Ave Suite 1400<br>Seattle, WA 98121-2300 |
| WA Dept of Revenue<br>1904 Humboldt St, Ste A<br>Bellingham, WA 98225-4244 | WA Employment Security Dept<br>PO Box 34949<br>Seattle, WA 98124-1949 | WA ST EMPLOYMENT SECURITY DEPARTMENT<br>PO BOX 9046<br>Olympia, WA 98507-9046 |

| (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | WA State L&I<br>PO Box 44000<br>Olympia, WA 98504-4000 | Washington State Dept of Trans<br>Attn: Prop. Mgmt. Prog. Mgr<br>P.O. Box 47339<br>Program Manager<br>Olympia, WA 98504-7339 |
|---|---|---|
| WebBank<br>215 State Street<br>Salt Lake City, UT 84111-2336 | Edmund J Wood<br>303 N 67th St<br>Seattle, WA 98103-5209 | Jennifer L Neeleman<br>Neeleman Law Group, P.C.<br>1403 8th Street<br>Marysville, WA 98270-4207 |
| Thomas D Neeleman<br>Neeleman Law Group<br>1403 8th Street<br>Marysville, WA 98270-4207 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| National Funding/<br>Quickbridge Funding<br>9530 Towne Centre Dr., Suite<br>San Diego, CA 92121 | WA State Dept. of Labor and Industries<br>Bankruptcy Unit<br>PO Box 44171<br>Olympia, WA 98504-4171 | (d)Wa State Dept of Labor and Industries<br>Bankruptcy Unit<br>Po Box 44171<br>Olympia, WA 98504-4171 |
|---|---|---|

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Courtesy NEF | (u)IGCD, LLC | (u)Pioneer Square Development Lender, LLC |
|---|---|---|
| (u)Washington State Taxing Agencies | End of Label Matrix<br>Mailable recipients 36<br>Bypassed recipients 4<br>Total 40 | |