THE HONORABLE CHRISTOPHER M. ALSTON
Chapter 7
Hearing Date: July 18, 2024
Hearing Time: 9:30 AM
Hearing Location: Courtroom 7206
Response Due Date: July 11, 2024

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re:<br><br>HWC BURBS BURGERS, LLC,<br><br>Debtor, | NO. 23-11919-CMA<br><br>[PROPOSED] ORDER GRANTING WASHINGTON STATE DEPARTMENT OF TRANSPORTATION'S MOTION TO GRANT RELIEF FROM STAY TO PERMIT DISPOSAL OF PERSONAL PROPERTY |

THIS MATTER having come before the Court on Washington State Department of Transportation's (WSDOT) Motion to Grant Relief from Stay to Permit Disposal of Personal Property (Motion); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408-1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the Declarations of Gil C. Gurule, Ron Paananen, and Carly R. Johnson in Support of Motion, any response to the Motion and any replies thereto; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

[PROPOSED] ORDER GRANTING WSDOT'S MOTION TO GRANT RELIEF FROM STAY TO PERMIT DISPOSAL OF PERSONAL PROPERTY

1

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
P.O. Box 40113
Olympia, WA 98504-0113
(360) 753-6126   Facsimile: (360) 586-6847

Case 23-11919-CMA    Doc 105-3    Filed 06/14/24    Ent. 06/14/24 14:12:14    Pg. 1 of 2

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein;

2. Pursuant to 11 U.S.C. § 544(b), the estate's interest in any personal property located at the Debtor's former food truck location at 2605 22nd Avenue East, Seattle, Washington (Premises), is hereby abandoned.

3. WSDOT is hereby granted relief from the automatic stay pursuant to 11 U.S.C. 362(d)(1) to remove and/or dispose of any personal property on the Premises, and to take all actions necessary to effectuate the relief granted in this Order.

4. This Order granting WSDOT relief from the automatic stay shall not be subject to the fourteen (14) day stay provided in Fed. R. Bankr. P. Rule 4001(a)(3).

DATED this _____ day of _____ 2024.

_____
JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Matthew D. Huot*
MATTHEW D. HUOT, WSBA #40606
CARLY R. JOHNSON, WSBA #60340
Assistant Attorneys General
Attorneys for Plaintiff
Matt.huot@atg.wa.gov
Carly.johnson@atg.wa.gov

[PROPOSED] ORDER GRANTING WSDOT'S MOTION TO GRANT RELIEF FROM STAY TO PERMIT DISPOSAL OF PERSONAL PROPERTY

2

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
P.O. Box 40113
Olympia, WA 98504-0113
(360) 753-6126   Facsimile: (360) 586-6847

Case 23-11919-CMA    Doc 105-3    Filed 06/14/24    Ent. 06/14/24 14:12:14    Pg. 2 of 2