United States Bankruptcy Court

Western District of Washington

In re:                                                               Case No. 23-11919-CMA

HWC Burbs Burgers LLC                                         Chapter 7

        Debtor

## CERTIFICATE OF NOTICE

District/off: 0981-2                                     User: admin                                               Page 1 of 3

Date Rcvd: Jun 21, 2024                            Form ID: ntcclm                                    Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HWC Burbs Burgers LLC, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957207376 | + | Advantage Funding, 104 East 25th Street, New York, NY 10010-2917 |
| 957211372 | + | Attorney General for WA State, Bankruptcy & Collections Unit, 800 Fifth Ave, 20th Floor, Seattle, WA 98104-3176 |
| 957277245 | + | Brendan James Lacy, 12919 72nd St. SE, Snohomish, WA 98290-9084 |
| 957231786 | + | Brian M. Muchinsky, c/o Illuminate Law Group, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 957211373 | + | Cloud Fund, LLC, Delta Bridge Funding, LLC, 18851 NE 29th Ave., Suite 700, Miami, FL 33180-2845 |
| 957227520 | + | Ferrellgas, One Liberty Plaza MD 40, Liberty, MO 64068-2971 |
| 957285950 | + | Jordyn Pecoraro, 515 22nd Ave, Apt 206, Seattle, WA 98122-6023 |
| 957207378 | + | Josha David Henderson, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957211374 | + | Joshua David Henderson, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957207379 | | LS2 Retail, LLC, 575 Bellevue, Los Angeles, CA 90004 |
| 957231787 | + | LS2 Retail, LLC, c/o Illuminate Law Group, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 957231792 | + | Lincoln Square Merchants Association, c/o Illuminate Law Group, 10500 NE 8th Street, Suite 930, Bellevue, WA 98004-4351 |
| 957207381 | + | Pearl Delta Funding, LLC, c/o Theodore Cohen, 112 West 34th Street, 18th Floor, BMB 27813, New York, NY 10120-0001 |
| 957211376 | | Pioneer Square Development LLC, c/o R.D. Merrill Real Estate, Holdings LLC, 1938 Fairview Ave., Suite 300, Seattle, WA 98102-3650 |
| 957207382 | + | Quality Athletics, c/o Joshua Henderson, 5617 236th Ave., NE, Redmond, WA 98053-2506 |
| 957207384 | + | Toast Capital, 401 Park Drive, Boston, MA 02215-3325 |
| 957207385 | + | WA Dept of Revenue, 1904 Humboldt St, Ste A, Bellingham, WA 98225-4244 |
| 957207386 | | WA Employment Security Dept, PO Box 34949, Seattle, WA 98124-1949 |
| 957211342 | | WA ST EMPLOYMENT SECURITY DEPARTMENT, PO BOX 9046, Olympia, WA 98507-9046 |
| 957207387 | + | WA State L&I, PO Box 44000, Olympia, WA 98504-4000 |
| 957207388 | | Washington State Dept of Trans, Attn: Prop. Mgmt. Prog. Mgr, P.O. Box 47339, Program Manager, Olympia, WA 98504-7339 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: WADEPREV.COM | Jun 22 2024 02:38:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 957207377 | | EDI: IRS.COM | Jun 22 2024 02:38:00 | IRS, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 957211375 | + | Email/Text: notices@kalamatacapitalgroup.com | Jun 21 2024 22:40:00 | Kalamata Capital Group, LLC, 80 Broad Street, Suite 1210, New York, NY 10004-2800 |
| 957207380 | | Email/Text: mspurrier@nationalfunding.com | Jun 21 2024 22:40:00 | National Funding/, Quickbridge Funding, 9530 Towne Centre Dr., Suite, San Diego, CA 92121 |
| 957223881 | + | Email/Text: rzahradka@nationalfunding.com | Jun 21 2024 22:40:00 | Quick Bridge Funding, LLC, Robert Zahradka, Esq., 4380 La Jolla Village Drive, San Diego, CA 92122-1233 |
| 957213430 | + | Email/Text: Carlota.Esmedilla@iqor.com | Jun 21 2024 22:40:00 | Square Financial Services, c/o RMS, PO Box 5007, Fogelsville, PA 18051-5007 |
| 957207383 | + | Email/Text: bankruptcynotices@squareup.com | Jun 21 2024 22:41:00 | Square Financial Services, Inc, 3165 East Mill Rock Drive, Suite 160, Salt Lake City, UT |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 84121-5987 |
| 957211377 | + | Email/Text: christine.leininger@usdoj.gov | Jun 21 2024 22:40:00 | United States Attorneys Office, Attn: Bankruptcy Assistant, 700 Stewart Street, Room 5220, Seattle, WA 98101-4438 |
| 957208206 | + | EDI: WADEPREV.COM | Jun 22 2024 02:38:00 | WA Department of Revenue, 2101 4th Ave Suite 1400, Seattle, WA 98121-2300 |
| 957211320 | | Email/Text: ecffilings@lni.wa.gov | Jun 21 2024 22:41:00 | WA State Dept. of Labor and Industries, Bankruptcy Unit, PO Box 44171, Olympia, WA 98504-4171 |
| 957207389 | + | Email/Text: bankruptcy@webbank.com | Jun 21 2024 22:40:00 | WebBank, 215 State Street, Salt Lake City, UT 84111-2336 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 957264798 | *P++ | WA STATE DEPT OF LABOR & INDUSTRIES, BANKRUPTCY UNIT, PO BOX 44171, OLYMPIA WA 98504-4171, address filed with court:, Wa State Dept of Labor and Industries, Bankruptcy Unit, Po Box 44171, Olympia, WA 98504-4171 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Aditi Paranjpye | on behalf of Creditor IGCD LLC AParanjpye@Cairncross.com, kbeckham@cairncross.com;jlynch@ecf.courtdrive.com |
| Arnold M. Willig | on behalf of Interested Party Courtesy NEF arnie@hackerwillig.com charlie@hackerwillig.com;eshea@hackerwillig.com;autumn@hackerwillig.com;thao@hackerwillig.com |
| Brian M. Muchinsky | on behalf of Interested Party Courtesy NEF bmuchinsky@illuminatelg.com natalie@illuminatelg.com;bfaulkner@illuminatelg.com;randyv@illuminatelg.com;rkhadivi@illuminatelg.com |
| Brian T Peterson | on behalf of Creditor Pioneer Square Development Lender LLC brian.peterson@klgates.com, bankruptcyecf@klgates.com |
| Dina Yunker Frank | on behalf of Interested Party Washington State Taxing Agencies BCUYunker@atg.wa.gov |
| Edmund J Wood | ewood1@aol.com ejw@trustesolutions.net |
| Jennifer L Neeleman | on behalf of Debtor HWC Burbs Burgers LLC jennifer@neelemanlaw.com |

courtmail@neelemanlaw.com;neelemanjr50714@notify.bestcase.com

Matthew David Huot

on behalf of Interested Party Washington State Dept of Transportation matth4@atg.wa.gov

Matthew J.P. Johnson

on behalf of US Trustee United States Trustee matthew.j.johnson@usdoj.gov
Young-Mi.Petteys@usdoj.gov;Yash.J.Chohan@usdoj.gov;Brian.b.braun@usdoj.gov

Ruby A. Nagamine

on behalf of Creditor Pioneer Square Development Lender LLC ruby.nagamine@klgates.com

Thomas D Neeleman

on behalf of Debtor HWC Burbs Burgers LLC courtmail@neelemanlaw.com neelemanjr50714@notify.bestcase.com

United States Trustee

USTPRegion18.SE.ECF@usdoj.gov

TOTAL: 12

Form ntcclm (01/2017)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

HWC Burbs Burgers LLC
SSN:

SSN:

Debtor(s).

Case Number: 23−11919−CMA
Chapter: 7

---

### NOTICE TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS
### AND PAYMENT OF ESTATE FEES

YOU ARE NOTIFIED that the Trustee in this case, **Edmund J Wood**, has discovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **September 23, 2024.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

A Proof of Claim form may be filed electronically through the Court's website: http://www.wawb.uscourts.gov/eclaims.htm. Filing claims electronically requires access to the internet, but no login or password is required. Alternatively, claims can be submitted to the Court in paper through the U.S. Mail.

There is no fee for filing the proof of claim.

### ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
### ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM

If the Trustee recovers assets in this case, the estate will be required to pay banking fees not to exceed 2% of the estate's bank account balance per year. In addition, the estate may be required to pay a bond premium not to exceed 0.1% of the estate's bank account balance. If you object to the payment of these amounts, you must file an objection with the Court on or before the deadline set above for the filing of proofs of claim and set the matter for hearing.

Dated: June 21, 2024

Gina Zadra Walton
Clerk of the Bankruptcy Court